# Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shepard Fairey<br>Obey Giant Art Inc.       Plaintiff,<br><br>-v-<br><br>The Associated Press<br>      Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Obey Giant Art Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 02/09/09

Signature of Attorney

Attorney Bar Code: JA0372

Form Rule7_1.pdf  SDNY Web 10/2007