UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

-against-

THE ASSOCIATED PRESS,

    Defendant.

**Judge Hellerstein**
Case No. **09 CIV 01123**

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Julie A. Ahrens, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Anthony T. Falzone
    Stanford Law School
    Center for Internet and Society, Fair Use Project
    559 Nathan Abbott Way
    Stanford, California 94305
    (650) 736-9050 Telephone
    (650) 723-4426 Facsimile
    email: falzone@stanford.edu

Anthony T. Falzone is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceeding against Anthony T. Falzone in any State or Federal court.

Dated: Stanford, California
       February __, 2009

Respectfully submitted,

_/s/ Julie A. Ahrens_
Julie A. Ahrens (JA0372)
Stanford Law School
Center for Internet and Society, Fair Use Project
559 Nathan Abbott Way
Stanford, California 94305
(650) 723-2511 Telephone
(650) 723-4426 Facsimile

## CERTIFICATE OF SERVICE

I, Amanda Smith, hereby certify that I caused true and correct copies of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Julie A. Ahrens in support of said motion, and proposed Order for Admission Pro Hac Vice, to be served via process server, this 9th day of February, 2009 on:

Laura Malone
Attn: Legal Department
The Associated Press
450 W. 33rd Street
New York, NY 10001

Date: 2/9/09

Amanda Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ASSOCIATED PRESS, <br><br> Defendant. | Case No.: <br><br> **AFFIDAVIT OF JULIE A. AHRENS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )  ss:
County of New York   )

Julie A. Ahrens, being duly sworn, hereby deposes and says as follows:

1. I am the Associate Director of the Fair Use Project at Stanford Law School, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Anthony T. Falzone as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Anthony T. Falzone since September 2006.

4. Mr. Falzone is the Executive Director of the Fair Use Project at Stanford Law School in Stanford, California.

5. I have found Mr. Falzone to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Anthony T. Falzone, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Anthony T. Falzone, pro hac vice, which is attached hereto as Exhibit A.

8. Anthony T. Falzone is a member in good standing of the State Bar of California. A copy of his certificate of good standing is attached at Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Anthony T. Falzone, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: Stanford, California
       February 6, 2009

Respectfully submitted,

*Julie A. Ahrens*
Julie A. Ahrens (JA0372)

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer[s], *not* Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. ~~_____~~
6. ~~_____~~

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this
6th day of February, 2009, by
(1) Julie Ahrens,
   Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____,
   Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
         Signature of Notary Public

J. GIELNIAK
Commission # 1575553
Notary Public - California
Santa Clara County
My Comm. Expires May 2, 2009

Place Notary Seal Above

──────── **OPTIONAL** ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit in Support - Pro Hac Vice

Document Date: 2-6-09    Number of Pages: 2

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>THE ASSOCIATED PRESS,<br><br>Defendant. | Case No.:<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Julie A. Ahrens, attorney for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Anthony T. Falzone
>Stanford Law School
>Center for Internet and Society, Fair Use Project
>559 Nathan Abbott Way
>Stanford, California 94305
>(650) 736-9050 Telephone
>(650) 723-4426 Facsimile
>email: falzone@stanford.edu

is admitted to practice pro hac vice as counsel for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
_____, 2009

_____
United States District/Magistrate Judge

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 5, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANTHONY TED FALZONE, #190845 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records