UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

-against-

THE ASSOCIATED PRESS,

    Defendant.

Case No.: 09-01123

**WAIVER OF SERVICE AND STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/09

Plaintiffs Shepard Fairey and Obey Giant Art, Inc. ("Plaintiffs") and Defendant The Associated Press ("Defendant") by and through their respective counsel hereby stipulate to the following:

1.     Pursuant to Federal Rule of Civil Procedure 4(d), Defendant hereby waives service of the Summons and Complaint.

2.     Defendant shall file its response to the Complaint on or before March 4, 2009.

DATED: February 18, 2009

O'MELVENY & MYERS, LLP

By: _____
Dale M. Cendali (DC2676)
Claudia Ray (CR4132)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dcendali@omm.com
*Attorneys for Defendant*

STANFORD LAW SCHOOL CENTER FOR INTERNET & SOCIETY

By: _____
Anthony T. Falzone (*pro hac vice* pending)
Julie A. Ahrens (JA0372)
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
Email: falzone@stanford.edu
*Attorneys for Plaintiffs*

1

SO ORDERED: 3/3/09

*[signature]*

Honorable Alvin K. Hellerstein
United States District Judge