ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ASSOCIATED PRESS, <br><br> Defendant. | Case No.: 09CV1123 <br><br> **MOTION TO ADMIT COUNSEL** <br> **PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Julie A. Ahrens, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Mark A. Lemley
> Durie, Tangri, Lemley, Roberts & Kent LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> Telephone (415) 362-6666
> email: mlemley@durietangri.com

Mark A. Lemley is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceeding against Mark A. Lemley in any State or Federal court.

Dated: Stanford, California
      March 2, 2009

Respectfully submitted,

*Julie A. Ahrens*

Julie A. Ahrens (JA0372)
Stanford Law School
Center for Internet and Society, Fair Use Project
559 Nathan Abbott Way
Stanford, California 94305
(650) 723-2511 Telephone
(650) 723-4426 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ASSOCIATED PRESS, <br><br> Defendant. | Case No.: <br><br> **AFFIDAVIT OF JULIE A. AHRENS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )  ss:
County of New York   )

Julie A. Ahrens, being duly sworn, hereby deposes and says as follows:

1. I am the Associate Director of the Fair Use Project at Stanford Law School, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Mark A. Lemley as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark A. Lemley since September 2007.

4. Mark A. Lemley is a Partner at Durie, Tangri, Lemley, Roberts & Kent LLP in San Francisco, California.

5. I have found Mr. Lemley to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark A. Lemley, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mark A. Lemley, pro hac vice, which is attached hereto as Exhibit A.

8. Mark A. Lemley is a member in good standing of the State Bar of California. A copy of his certificate of good standing is attached at Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mark A. Lemley, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: Stanford, California
March 2, 2009

Respectfully submitted,

*Julie A. Ahrens*
Julie A. Ahrens (JA0372)

# Jurat

State of California

County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 2nd day of March, 20 09 by Julie A. Ahrens, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Notary seal)
Signature

J. GIELNIAK
Commission # 1575553
Notary Public - California
Santa Clara County
My Comm. Expires May 2, 2009

## OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Julie Ahrens
(Title or description of attached document)

in Support of Motion to Admit
(Title or description of attached document continued)

Number of Pages 2 Document Date 3-2-09

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

-against-

THE ASSOCIATED PRESS,

    Defendant.

Case No.:

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Julie A. Ahrens, attorney for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Mark A. Lemley
>Durie, Tangri, Lemley, Roberts & Kent LLP
>332 Pine Street, Suite 200
>San Francisco, CA 94104
>Telephone (415) 362-6666
>email: mlemley@durietangri.com

is admitted to practice pro hac vice as counsel for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
    _____, 2009

_____
United States District/Magistrate Judge

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF SERVICE

I, Amanda Smith, hereby certify that I caused true and correct copies of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Julie A. Ahrens in support of said motion, and proposed Order for Admission Pro Hac Vice, to be served via process server, this 2nd day of March, 2009 on:

Dale Cendali
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Date: 3/2/09

Amanda Smith