UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shepard Fairey and Obey Giant Art, Inc., <br><br> Plaintiffs, <br><br> - against - <br><br> The Associated Press, <br><br> Defendant. | 09 CV 1123 (AKH) |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: Claudia Ray.

**Attorney Information**

I am an attorney admitted to practice in the United States District Court, Southern District of New York attorney. My Bar Number is: (CR-4132).

I will continue to be counsel of record on the above-entitled case at my new firm.

**Law Firm Information**:

| | |
|---|---|
| **From:** | O'Melveny & Myers LLP |
| **To:** | Kirkland & Ellis LLP |
| **Address** | 153 East 53rd Street, 36th Floor <br> New York, NY 10022 |
| **Telephone Number**: | (212) 446-4800 |
| **Fax Number:** | (212) 446-4900 |
| **E-Mail Address**: | cray@kirkland.com |

Dated: March 10, 2009

Claudia Ray