UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
SHEPARD FAIREY and OBEY GIANT : 
ART, INC., :
 :
        Plaintiffs, : Civil Action No.: 09-01123 (AKH)
 :
    v. : **NOTICE OF APPEARANCE**
 :
THE ASSOCIATED PRESS, :
 :
        Defendant and x
        Counterclaim Plaintiff, :
 :
    v. :
 :
SHEPARD FAIREY, OBEY GIANT ART, :
INC., OBEY GIANT LLC and STUDIO :
NUMBER ONE, INC. :
 :
        Counterclaim Defendants. :
------------------------------- x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant and Counterclaim Plaintiff.

I certify that I am admitted to practice in this court.

Dated: March 11, 2009

        s/
Dale M. Cendali

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorney for Defendant and Counterclaim Plaintiff* THE ASSOCIATED PRESS