Dale M. Cendali
Claudia Ray
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
dcendali@kirkland.com
cray@kirkland.com

*Attorneys for Defendant/Counterclaim Plaintiff*
THE ASSOCIATED PRESS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHEPARD FAIREY and OBEY GIANT      :
ART, INC.,                                                            :
                                                                               :  Civil Action No.: 09-01123 (AKH)
              Plaintiffs,                                            :
                                                                               :
      v.                                                                  :  **RULE 7.1 DISCLOSURE STATEMENT**
                                                                               :  **OF DEFENDANT/COUNTERCLAIM**
THE ASSOCIATED PRESS,                              :  **PLAINTIFF THE ASSOCIATED**
                                                                               :  **PRESS**
              Defendant and                               x
              Counterclaim Plaintiff,                  :
                                                                               :
      v.                                                                  :
                                                                               :
SHEPARD FAIREY, OBEY GIANT ART,   :
INC., OBEY GIANT LLC and STUDIO             :
NUMBER ONE, INC.                                       :
                                                                               :
              Counterclaim Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant/Counterclaim Plaintiff The Associated Press, hereby certifies that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated: March 11, 2009
      New York, New York

KIRKLAND & ELLIS LLP

By: /s/ Dale M. Cendali
    Dale M. Cendali
    Claudia Ray

Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel: (212) 446- 4800
Fax: (212) 446-4900
dcendali@kirkland.com
cray@kirkland.com

*Attorneys for Defendant/Counterclaim Plaintiff*
THE ASSOCIATED PRESS

Of Counsel:

O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061