UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

          Plaintiffs,

-against-

THE ASSOCIATED PRESS,

          Defendant.

Case No. 09 CIV 1123

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/09

[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Julie A. Ahrens, attorney for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Mark A. Lemley
    Durie, Tangri, Lemley, Roberts & Kent LLP
    332 Pine Street, Suite 200
    San Francisco, CA 94104
    Telephone (415) 362-6666
    email: mlemley@durietangri.com

is admitted to practice pro hac vice as counsel for Plaintiffs, Shepard Fairey and Obey Giant Art, Inc., in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       3/12, 2009

                          United States District/Magistrate Judge