AO 441 (Rev. 5/85) Third Party Summons in a Civil Action - SDNY WEB 5/99

# United States District Court

Southern    DISTRICT OF    New York

PLAINTIFF

SHEPARD FAIREY and OBEY GIANT ART, INC.,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

THE ASSOCIATED PRESS,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 09-01123 (AKH)

V. THIRD PARTY DEFENDANT

OBEY GIANT LLC and STUDIO NUMBER ONE, INC.

To: (Name and Address of Third Party Defendant)

Obey Giant LLC
1331 West Sunset Boulevard
Los Angeles, California 90026

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| See attached Rider A | Dale M. Cendali<br>Claudia Ray<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022 |

an answer to the third-party complaint which is herewith served upon you within ____20____ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE    MAR 1 1 2009

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
          Date                *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC., <br><br> Counterclaim Defendants | Case No. 09 CV 1123 (AKH) <br><br> ECF Case <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Joseph Cali, being duly sworn, deposes and says:

1.    That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

2.    That on the 31st day of March, 2009, I served a true and accurate copies of the following: 1) Third Party Summons in a Civil Action, 2) Defendant and Third-Party Plaintiff's Answer and Counterclaims, 3) Individual Practice Rules of Judge Hellerstein and 4) the Standing Orders of Magistrate Eaton, upon Obey Giant LLC, the counterclaim defendant, by overnight Federal Express delivery to Anthony Falzone, Stanford Law School Center for Internet & Society, 559 Nathan Abbot Way, Stanford, CA 94305.

3.    Mr. Falzone agreed to accept said papers on behalf of Obey Giant LLC.

_____
Joseph Cali

Sworn to before me this
8th day of April, 2009

_____
Notary Public

JULIUS D. CROCKWELL
NOTARY PUBLIC, State of New York
No. 01CR6185293
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 14, 2012