UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC.<br><br>Counterclaim Defendants. | Civil Action No.: 09-01123 (AKH)<br><br>HON. ALVIN K. HELLERSTEIN<br><br>**STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO that the time for the Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. to move, answer or otherwise respond to the counterclaim complaint in the above-captioned action shall be extended from March 31, 2009 to and including April 14, 2009. This is the first request for an extension of such deadline.

DATED: March 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/09

09 Civ 01123 (AKH)

| KIRKLAND & ELLIS LLP | STANFORD LAW SCHOOL CENTER FOR INTERNET & SOCIETY |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Dale M. Cendali (DC2676)<br>Claudia Ray (CR4132)<br>153 East 53rd Street<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: dcendali@kirkland.com | Anthony T. Falzone (admitted *pro hac vice*)<br>Julie A. Ahrens (JA0372)<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Telephone: (650) 736-9050<br>Facsimile: (650) 723-4426<br>Email: falzone@stanford.edu |
| *Attorneys for Defendant/Counterclaim Plaintiff* | *Attorneys for Plaintiffs/Counterclaim Defendants* |

SO ORDERED, 4/14/09

*(signature)*

Honorable ~~Alvin K. Hellerstein~~, U.S.D.J.
Sidney H. Stein

2