UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC. <br><br> Counterclaim Defendants. | Case No.: 09-CV-1123 (AKH) <br><br> **APPEARANCE** <br> ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant and counterclaim plaintiff The Associated Press.

I certify that I am admitted to practice in this court.

Dated: April 14, 2009

       s/
Claudia Ray
(cray@kirkland.com)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant/Counterclaim Plaintiff
The Associated Press*