UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>          Plaintiffs,<br><br>   v.<br><br>THE ASSOCIATED PRESS,<br><br>          Defendant and<br>          Counterclaim Plaintiff,<br><br>   v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC.<br><br>          Counterclaim Defendants. | Case No.:     09-CV-1123 (AKH)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for plaintiffs Tetris Holding, LLC and Tetris Company, LLC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Dated: April 15, 2009 |            s/<br>Brendan T. Kehoe<br>Brendan.Kehoe@kirkland.com<br><br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>*Attorneys for /Defendant and Counterclaim Plaintiff* |