UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.

        Plaintiffs,

v.

THE ASSOCIATED PRESS and MANNIE GARCIA,

        Defendants.

09 CIV 01123 (AKH)

v.

SHEPARD FAIREY, OBEY GIANT ART,
INC., OBEY GIANT LLC and STUDIO
NUMBER ONE, INC.

        Counterclaim Defendants.

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of George F. Carpinello and the proposed Answer, Counterclaims and Cross-Claims, Mannie Garcia will move this Court on August 5, 2009 for an order, pursuant to Fed. R. Civ. P. 24 allowing him to intervene in this action as a defendant and counter-claim Plaintiff.

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, shall be served on or before July 22, 2009 on counsel for proposed intervener. Reply papers, if any, shall be served on or before July 29, 2009.

Dated: July 8, 2009         BOIES, SCHILLER & FLEXNER, LLP

By: _____/s/ George F. Carpinello_____
George F. Carpinello (GC 4229)
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600

Michael Underhill
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 274-1120

**KILE GOEKJIAN REED & MCMANUS, PLLC**
Bradford E. Kile
1200 New Hampshire Avenue NW
Suite 570
Washington, D.C. 20036
(202) 659-8000

*Attorneys for Intervener Mannie Garcia*

TO:  Anthony T. Falzone
Julie A. Aherns
Standford Law School Center for
Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
(650) 736-9050

Joseph C. Gratz
Mark Lemley
Michael H. Page
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666

*Attorneys for Plaintiff Shepard Fairey*

Dale M. Cendali
Brendan T. Kehoe
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4846

*Attorneys for The Associated Press*

S:\wpdata\7510001\Notice of Motion.doc