UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHEPARD FAIREY and OBEY GIANT ART, INC.

                Plaintiffs,

v.

THE ASSOCIATED PRESS and MANNIE GARCIA,

                Defendants.

v.

SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC.

                Counterclaim Defendants.

09 CIV 01123 (AKH)

---

## DECLARATION OF GEORGE F. CARPINELLO IN SUPPORT OF MR. GARCIA'S MOTION TO INTERVENE IN THIS ACTION

George F. Carpinello, an attorney duly admitted to practice in the Courts of the State of New York, declares, pursuant to 28 U.S.C. § 1746:

1. I am a partner in the firm of Boies, Schiller & Flexner, LLP, one of the firms representing proposed Defendant-Intervener Mannie Garcia in the above-entitled action.

2. Attached hereto as Exhibit A is a proposed Answer with Affirmative Defenses, Counterclaims and Cross Claims on behalf of the proposed Defendant-Intervenor Mannie Garcia.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: Albany, New York
July 8, 2009

_____
**George F. Carpinello**

S:\wpdata\7510001\GFC Declaration.doc