UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC. <br><br> Plaintiffs, <br> v. <br><br> THE ASSOCIATED PRESS and MANNIE GARCIA, <br><br> Defendants. <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE, INC. <br><br> Counterclaim Defendants. | 09 CIV 01123 (AKH) |

## CERTIFICATE OF SERVICE

    **I,** Maria A. Maselli, being duly sworn deposes and says that I am over the age of eighteen (18); that on this 8th day of July, 2009, I served the documents entitled Notice of Motion to Intervene, Memorandum of Law in Support of Intervenor Mannie Garcia's Motion to Intervene and the Declaration of George F. Carpinello by delivering true and correct copies via First Class Mail and electronic mail upon the following individuals:

Anthony T. Falzone
Julie A. Aherns
Standford Law School Center for
Internet & Society
559 Nathan Abbot Way
Stanford, CA 94305
(650) 736-9050

Joseph C. Gratz
Mark Lemley
Michael H. Page
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666

Dale M. Cendali
Brendan T. Kehoe
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4846

/s/ Maria A. Maselli
Maria A. Maselli