AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Fairey, et al.

v.

The Associated Press, et al.

**APPEARANCE**

Case Number: 09-01123 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs and Counterclaim Defendants, Shepard Fairey, Obey Giant Art., Inc., Obey Giant LLC and Studio Number One, Inc..

I certify that I am admitted to practice in this court.

| 8/25/2009 | *[signature]* |
|---|---|
| Date | Signature |

| Sarah H. Pearson | SP1020 |
|---|---|
| Print Name | Bar Number |

Stanford Law School Center for Internet and Society
Address

| 559 Nathan Abbott | Stanford, CA | 94305 |
|---|---|---|
| City | State | Zip Code |

| (650) 721-6221 | (650) 723-4426 |
|---|---|
| Phone Number | Fax Number |