identified in Exhibits B-G to this Complaint) is protected by the Fair Use Doctrine.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Fairey and Obey Giant request this Court to enter judgment:

1.     Declaring that Fairey's Obama Works do not infringe any copyrights held by the AP;

2.     Declaring that Fairey's use of the ~~Garcia~~ Obama Photograph as a visual reference in creating the Obama Works is privileged under, and protected by, the Fair Use Doctrine;

3.     Enjoining the AP, its agents, attorneys, and assigns from asserting copyrights against Fairey or Obey Giant in connection with any of the Obama Works;

4.     Enjoining the AP, its agents, attorneys, and assigns from asserting copyrights against any third party (including but not limited to the Smithsonian Institution and the Institute for Contemporary Art / Boston) that possesses, reproduces, distributes or displays any of the Obama Works;

5.     Awarding Fairey and Obey Giant their reasonable attorneys' fees and costs; and

6.     Awarding any other relief the Court deems just and proper.

DATED: ~~February~~ October 9, 2009                Respectfully Submitted,

Dockets.Justia.com

~~pending)~~

Anthony T. Falzone (<u>admitted</u> *pro hac vice*

Julie A. Ahrens (JA0372)
Stanford Law School
Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
Email: falzone@stanford.edu

Mark Lemley (<u>admitted</u> *pro hac vice*

~~pending)~~)

Joseph C. Gratz (<u>admitted</u> *pro hac vice*

~~pending)~~

Durie Tangri ~~Lemley Roberts & Kent,~~ LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Email: mlemley@durietangri.com

*Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiffs Shepard Fairey and Obey Giant demand a jury trial on all issues properly triable

to a jury.

DATED: ~~February~~October 9, 2009.

Anthony T. Falzone (<u>admitted</u> *pro hac vice*

~~pending)~~

Julie A. Ahrens (JA0372)
Stanford Law School
Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
Email: falzone@stanford.edu

Mark Lemley (<u>admitted</u> *pro hac vice*

13

~~pending)~~)

~~pending)~~

Joseph C. Gratz (<u>admitted</u> *pro hac vice*

Durie Tangri ~~Lemley Roberts & Kent,~~ LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Email: mlemley@durietangri.com

*Attorneys for Plaintiffs*

# EXHIBIT A



# EXHIBIT B



PROGRESS

# EXHIBIT C



# EXHIBIT D

