protected by the Fair Use Doctrine.

**PRAYER FOR RELIEF**

WHEREFORE, Fairey, Obey Giant, Obey Giant LLC and Studio Number One, Inc. request this Court to enter judgment:

1. Declaring that Fairey's Obama Works do not infringe any copyrights held by the AP or Garcia;

2. Declaring that Fairey's use of the ~~Garcia~~Obama Photograph as a visual reference in creating the Obama Works is privileged under, and protected by, the Fair Use Doctrine;

3. Enjoining Garcia, his agents, attorneys, and assigns from asserting copyrights against Fairey, Obey Giant, Obey Giant LLC or Studio Number One, Inc. in connection with any of the Obama Works;

4. Enjoining Garcia, his agents, attorneys, and assigns from asserting copyrights against any third party (including but not limited to the Smithsonian Institution and the Institute for Contemporary Art / Boston) that possesses, reproduces, distributes or displays any of the Obama Works;

5. Awarding Fairey and Obey Giant their reasonable attorneys' fees and costs; and

6. Awarding any other relief the Court deems just and proper.

DATED: August 14, 2009								Respectfully Submitted,

													/s/
													_____
													Anthony T. Falzone (admitted *pro hac vice*)
													Julie A. Ahrens (JA0372)
													Stanford Law School
													Center for Internet and Society
													559 Nathan Abbott Way
													Stanford, CA 94305
													Telephone: (650) 736-9050
													Facsimile: (650) 723-4426
													Email: falzone@stanford.edu

													Mark Lemley (admitted *pro hac vice*)
													Joseph C. Gratz (admitted *pro hac vice*)
													Durie Tangri Lemley Roberts & Kent, LLP
													332 Pine Street, Suite 200
													San Francisco, CA 94104
													Telephone: (415) 362-6666
													Email: mlemley@durietangri.com

													*Attorneys for Plaintiffs and Counterclaim Defendants*

# DEMAND FOR JURY TRIAL

Plaintiffs Shepard Fairey and Obey Giant, and Counterclaim Defendants Obey Giant LLC and Studio Number One, Inc. demand a jury trial on all issues properly triable to a jury.

DATED: ~~August 14~~October 9, 2009    Respectfully Submitted,

/s/
Anthony T. Falzone (admitted *pro hac vice*)
Julie A. Ahrens (JA0372)
Stanford Law School
Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
Email: falzone@stanford.edu

Mark Lemley (admitted *pro hac vice*)
Joseph C. Gratz (admitted *pro hac vice*)
Durie Tangri ~~Lemley Roberts & Kent,~~ LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Email: mlemley@durietangri.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E

