Dale M. Cendali
Claudia Ray
Brendan T. Kehoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Defendant, Counterclaim Plaintiff, and Cross Claim Plaintiff/Defendant
The Associated Press*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY ART, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>   Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, and STUDIO NUMBER ONE, INC.,<br><br>   Counterclaim Defendants,<br><br>And<br><br>MANNIE GARCIA,<br><br>   Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant,<br><br>v. | Case No.: 09 CIV 01123 (AKH)<br><br>**NOTICE OF MOTION OF THE ASSOCIATED PRESS'S MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS PURSUANT TO RULE 15(a) AND RULE 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

| |
|---|
| SHEPARD FAIREY AND OBEY GIANT ART, INC., |
| Counterclaim Defendants, |
| And |
| THE ASSOCIATED PRESS, |
| Cross Claim Plaintiff/Defendant. |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion of the Associated Press for Leave to Amend Answer and Counterclaims Pursuant to Rule 15(a) and Rule 21 of the Federal Rules of Civil Procedure, and the Declaration of Dale M. Cendali In Support of Motion of the Associated Press for Leave to Amend Answer and Counterclaims Pursuant to Rule 15(a) and Rule 21 of the Federal Rules of Civil Procedure and exhibits attached thereto, Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant The Associated Press will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, pursuant to Rule 15(a) and Rule 21 of the Federal Rules of Civil Procedure, for an Order granting leave to amend The Associated Press's Answer, Affirmative Defenses and Counterclaims, and for any other further relief as this Court may deem just, proper and equitable.

Dated: October 20, 2009  
       New York, New York

Kirkland & Ellis LLP

By: /s/ Dale M. Cendali
Dale M. Cendali
Claudia Ray
Brendan T. Kehoe

601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for*
THE ASSOCIATED PRESS