UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                       )
SHEPARD FAIREY AND OBEY GIANT ART, INC.,                               )
                                                                       )
                    Plaintiffs,                                        )
                                                                       )
            v.                                                         )   Civil Action No.: 09-01123 (AKH)
                                                                       )
THE ASSOCIATED PRESS,                                                  )
                                                                       )
                    Defendant/Counterclaim                             )
                    Plaintiff,                                         )
                                                                       )
            v.                                                         )
                                                                       )
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY                              )
GIANT LLC AND STUDIO NUMBER ONE, INC.,                                 )
                                                                       )
                    Counterclaim Defendants,                           )
and                                                                    )
                                                                       )
MANNIE GARCIA,                                                         )
                                                                       )
                    Defendant/Intervenor and                           )
                    Counterclaim/Crossclaim                            )
                    Plaintiff,                                         )
                                                                       )
            v.                                                         )
                                                                       )
SHEPARD FAIREY AND OBEY GIANT ART, INC.,                               )
                                                                       )
                    Counterclaim Defendants,                           )
and                                                                    )
                                                                       )
THE ASSOCIATED PRESS,                                                  )
                                                                       )
                    Crossclaim Defendant.                              )
---------------------------------------------------------------------- X

## **NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that GEOFFREY S. STEWART, of Jones Day and a member of the bar of this Court, hereby appears as counsel for Plaintiffs in the above-captioned action.

Dated: New York, New York
October 29, 2009

JONES DAY

By: /s/ Geoffrey S. Stewart

Geoffrey S. Stewart
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel via the Court's ECF system.

                                                JONES DAY

                                  By:  /s/ Geoffrey S. Stewart

                                       Geoffrey S. Stewart
                                       222 East 41st Street
                                       New York, New York 10017-6702
                                       (212) 326-3939