UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                    )

SHEPARD FAIREY AND OBEY GIANT ART, INC.,  )
                    )

          Plaintiffs,     )

                    )    Civil Action No.: 09-01123 (AKH)
     v.         )

                    )
THE ASSOCIATED PRESS,     )

                    )
          Defendant/Counterclaim  )
          Plaintiff,     )

                    )
     v.         )

                    )
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY )
GIANT LLC AND STUDIO NUMBER ONE, INC.,  )

                    )
          Counterclaim Defendants,  )
and                )

                    )
MANNIE GARCIA,     )

                    )
          Defendant/Intervenor and )
          Counterclaim/Crossclaim )
          Plaintiff,     )

                    )
     v.         )

                    )
SHEPARD FAIREY AND OBEY GIANT ART, INC., )

                    )
          Counterclaim Defendants,  )
and                )

                    )
THE ASSOCIATED PRESS,     )

                    )
          Crossclaim Defendant.  )
---------------------------------------------------------------------- X

## **NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that MEIR FEDER, of Jones Day and a member of the bar of this Court, hereby appears as counsel for Plaintiffs in the above-captioned action.


Dated: New York, New York
       November 2, 2009

                          JONES DAY


                   By:  /s/ Meir Feder

                        Meir Feder
                        222 East 41st Street
                        New York, New York 10017-6702
                        (212) 326-3939

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel via the Court's ECF system.

JONES DAY

By: /s/ Meir Feder

Meir Feder
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939