UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             )
SHEPARD FAIREY AND OBEY GIANT ART, INC.,                     )
                                                             )
                    Plaintiffs,                              )
                                                             )
     v.                                                      )  Civil Action No.: 09-01123 (AKH)
                                                             )
THE ASSOCIATED PRESS,                                        )
                                                             )
                    Defendant/Counterclaim                   )
                    Plaintiff,                               )
                                                             )
     v.                                                      )
                                                             )
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY                    )
GIANT LLC AND STUDIO NUMBER ONE, INC.,                       )
                                                             )
                    Counterclaim Defendants,                 )
and                                                          )
                                                             )
MANNIE GARCIA,                                               )
                                                             )
                    Defendant/Intervenor and                 )
                    Counterclaim/Crossclaim                  )
                    Plaintiff,                               )
                                                             )
     v.                                                      )
                                                             )
SHEPARD FAIREY AND OBEY GIANT ART, INC.,                     )
                                                             )
                    Counterclaim Defendants,                 )
and                                                          )
                                                             )
THE ASSOCIATED PRESS,                                        )
                                                             )
                    Crossclaim Defendant.                    )
------------------------------------------------------------ X

**MOTION FOR ADMISSION OF
WILLIAM W. FISHER III *PRO HAC VICE***

## MOTION FOR ADMISSION OF
## WILLIAM W. FISHER III *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, plaintiffs hereby move for the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | William W. Fisher III |
| Address: | 1575 Massachusetts Avenue |
| City/State/Zip: | Cambridge, Massachusetts 02138 |
| Phone Number: | (617) 495-0957 |
| Fax Number: | (617) 496-4947 |
| Email: | tfisher@law.harvard.edu |

William W. Fisher III is a member in good standing of the bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against Mr. Fisher in any state or federal court.

This motion is based upon the accompanying Declaration of Geoffrey S. Stewart and upon all other papers and proceedings in this action.

Dated: October 30, 2009
New York, New York

Respectfully submitted

_____
Geoffrey S. Stewart
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-7877
Facsimile: (212) 755-7306
Email: gstewart@JonesDay.com

**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
)
SHEPARD FAIREY AND OBEY GIANT ART, INC., )
)
        Plaintiffs, )
) Civil Action No.: 09-01123 (AKH)
v. )
)
THE ASSOCIATED PRESS, )
)
        Defendant/Counterclaim )
        Plaintiff, )
)
v. )
)
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY )
GIANT LLC AND STUDIO NUMBER ONE, INC., )
)
        Counterclaim Defendants, )
and )
)
MANNIE GARCIA, )
)
        Defendant/Intervenor and )
        Counterclaim/Crossclaim )
        Plaintiff, )
)
v. )
)
SHEPARD FAIREY AND OBEY GIANT ART, INC., )
)
        Counterclaim Defendants, )
and )
)
THE ASSOCIATED PRESS, )
)
        Crossclaim Defendant. )
------------------------------------------------------------------- X

**DECLARATION OF GEOFFREY S. STEWART**

## DECLARATION OF GEOFFREY S. STEWART

State of New York     )
                      ) ss:
County of New York    )

Geoffrey S. Stewart, subject to the penalties of perjury, declares:

1. I am a partner of the firm of Jones Day, co-counsel of record to plaintiffs and counterclaim defendants herein. I am familiar with the proceedings in this case and have personal knowledge of the matters herein. I submit this declaration in support of the motion made by plaintiffs and counterclaim defendants Shepard Fairey, Obey Giant Art, Inc. Obey Giant LLC and Studio Number One, Inc. to admit William W. Fisher III as counsel *pro hac vice* to represent plaintiffs and counterclaim defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on July 7, 1977. I also am a member of the Bar of this Court, having been admitted on November 15, 1977.

3. Mr. Fisher is a member of the faculty of Harvard Law School. He would appear in this matter in his personal capacity.

4. A Certificate of Good Standing issued to Mr. Fisher by the Massachusetts Bar is attached hereto as Exhibit A.

5. I have known Mr. Fisher for a number of years and have worked as co-counsel with him on a significant matter. I have found Mr. Fisher to be a skilled attorney and a person of integrity.

6. Accordingly, I am pleased to move the admission of William W. Fisher III, pro hac vice.

7. I respectfully submit a proposed order granting the admission of William W. Fisher III, pro hac vice, which is attached hereto as Exhibit B.

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on October 30, 2009.

_____
Geoffrey S. Stewart

# EXHIBIT A



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
**JOHN ADAMS COURTHOUSE**
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK

October 30, 2009

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

William W. Fisher, III
Harvard Law School
1575 Massachusetts Avenue, Hauser 410
Cambridge, MA 02138

**IN RE: CERTIFICATE OF ADMISSION AND GOOD STANDING**

William W. Fisher, III:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: October 30, 2009
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **October** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

## William W. Fisher, III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirtieth** day of **October** in the year of our Lord **two thousand and nine.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
)
SHEPARD FAIREY AND OBEY GIANT ART, INC., )
)
                     Plaintiffs, )
)
v.                                      )     Civil Action No.: 09-01123 (AKH)
)
THE ASSOCIATED PRESS, )
)
                     Defendant/Counterclaim )
                     Plaintiff, )
)
v. )
)
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY )
GIANT LLC AND STUDIO NUMBER ONE, INC., )
)
                     Counterclaim Defendants, )
and )
)
MANNIE GARCIA, )
)
                     Defendant/Intervenor and )
                     Counterclaim/Crossclaim )
                     Plaintiff, )
)
v. )
)
SHEPARD FAIREY AND OBEY GIANT ART, INC., )
)
                     Counterclaim Defendants, )
and )
)
THE ASSOCIATED PRESS, )
)
                     Crossclaim Defendant. )
---------------------------------------------------------------------- X

Upon the motion of Geoffrey S. Stewart, sponsor attorney, and his declaration in support thereof, **IT IS HEREBY ORDERED THAT**:

        Applicant's Name:    William W. Fisher III
        Address:    1575 Massachusetts Avenue
        City/State/Zip:    Cambridge, Massachusetts 02138
        Phone Number:    (617) 495-0957
        Fax Number:    (617) 496-4947
        Email:    tfisher@law.harvard.edu

is admitted to practice *pro hac vice* as counsel for Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc. in this action.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2009

                                                        United States District Judge

# AFFIDAVIT OF SERVICE

I hereby attest that a copy of the foregoing was served on all counsel by U.S. mail.

JONES DAY

By: _/s/ David M. Cooper_

David M. Cooper
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Sworn to before me this 4th
day of November, 2009

_____
Notary Public

My Commission Expires

DAVID P JACOBSON
NOTARY PUBLIC, State of New York
No. 01JA4797134
Qualified in Kings County
Commission Expires April 2, 2010