**UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
)
SHEPARD FAIREY AND OBEY GIANT ART, INC.,  )
)
                 Plaintiffs,  )
)
v.  )   Civil Action No.: 09-01123 (AKH)
)
THE ASSOCIATED PRESS,  )
)
                 Defendant/Counterclaim
                 Plaintiff,  )
)
v.  )
)
SHEPARD FAIREY, OBEY GIANT ART, INC. OBEY  )
GIANT LLC AND STUDIO NUMBER ONE, INC.,  )
)
                 Counterclaim Defendants,  )
and  )
)
MANNIE GARCIA,  )
)
                 Defendant/Intervenor and
                 Counterclaim/Crossclaim
                 Plaintiff,  )
)
v.  )
)
SHEPARD FAIREY AND OBEY GIANT ART, INC.,  )
)
                 Counterclaim Defendants,  )
and  )
)
THE ASSOCIATED PRESS,  )
)
                 Crossclaim Defendant.  )
------------------------------------------------------------ X

Upon the motion of Geoffrey S. Stewart, sponsor attorney, and his declaration in support thereof, **IT IS HEREBY ORDERED THAT**:

>  Applicant's Name: William W. Fisher III
>  Address: 1575 Massachusetts Avenue
>  City/State/Zip: Cambridge, Massachusetts 02138
>  Phone Number: (617) 495-0957
>  Fax Number: (617) 496-4947
>  Email: tfisher@law.harvard.edu

is admitted to practice *pro hac vice* as counsel for Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc. in this action.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 11/9, 2009

_____
United States District Judge