USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                       :

SHEPARD FAIREY, et al.           :   **ORDER**

                     Plaintiffs,    :   09 Civ. 1123 (AKH)

                               :

                -against-        :

THE ASSOCIATED PRESS, et al.    :

                      Defendants.   :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 10, 2009, the parties came before me to argue three motions. For

the reasons stated on the record, I grant the parties' motions to amend the pleadings,

Defendants' motion to add One 3 Two, Inc. (d/b/a Obey Clothing) as a counterclaim

defendant, and Fairey's motion to substitute counsel.

The clerk shall mark the motions (Doc Nos. 41, 42, and 46) as terminated.


        SO ORDERED.


Dated:        November 10, 2009
               New York, New York

                                   ALVIN K. HELLERSTEIN
                                   United States District Judge