ORIGINAL

Brendan T. Kehoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, and STUDIO NUMBER ONE, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No.: 09 CIV 01123 (AKH) <br><br> ECF CASE <br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |
Fairey et al v. The Associated Press                                                                                                    Doc. 53



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brendan T. Kehoe, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Michael F. Williams
        Firm Name:          Kirkland & Ellis
        Address:             655 Fifteenth Street, N.W.
        City/State/Zip:      Washington, DC 20005
        Phone Number:    (202) 879-5000
        Fax Number:       (202) 879-5200

Michael F. Williams is a member in good standing of the Bar of the State of New Jersey and the District of Columbia. He is also a member in good standing of the Bars of the Supreme Court of the United States, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals the D.C. Circuit, the U.S. District Court for the District of Columbia, and the U.S. District Court for New Jersey.

There are no pending disciplinary proceedings against Michael F. Williams in any State or Federal court.

Dated: November 10, 2009
New York, New York

                                                                Brendan T. Kehoe (BK-6913)

                                                                KIRKLAND & ELLIS LLP
                                                                601 Lexington Avenue
                                                                New York, New York 10022-4611
                                                                Telephone:  (212) 446-4800
                                                                Facsimile:   (212) 446-4900

                                                                Attorneys for The Associated Press

# CERTIFICATE OF SERVICE

I hereby certify that on this  10  day of November 2009, I caused a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE to be served by electronic mail on the counsel listed below.

*[signature]*
Brendan T. Kehoe

Anthony T. Falzone, Esq.
Julie A. Ahrens, Esq.
Stanford Law School
Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305
Tel: (650) 736-9050
Fax: (650) 723-4426
Email: falzone@stanford.edu
   jahrens@law.stanford.edu

Mark Lemley, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Tel: (415) 362-6666
Email: mlemley@durietangri.com
   jgratz@durietangri.com

Geoffrey S. Stewart, Esq.
Meir Feder, Esq.
Jones Day
222 E. 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
Email: gstewart@jonesday.com
   mfeder@jonesday.com

William W. Fisher, III, Esq.
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 495-0957
Email: tfisher@law.harvard.edu

*Attorneys for Plaintiffs/Counterclaim Defendants Shepard Fairey and Obey Giant Art, Inc. and Counterclaim Defendants Obey Giant LLC and Studio Number One, Inc.*

-and-

Bradford Kile, Esq.
Robert McManus, Esq.
Matthew Thielemann, Esq.
Kile, Goekjian, Reed & McManus, PLLC
1200 New Hampshire Avenue N.W., Suite 570
Washington, DC 20036
Email: bkile@kgrmlaw.com
       rmcmanus@kgrmlaw.com
       mthielemann@kgrmlaw.com

George F. Carpinello, Esq.
Theresa Monroe, Esq.
Boies, Schiller & Flexner, LLP
10 N. Pearl Street, 4th Floor
Albany, NY 12207
Email: gcarpinello@bsfllp.com
       tmonroe@bsfllp.com

Michael Underhill, Esq.
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue N.W.
Washington, DC 20015
Email: munderhill@bsfllp.com

*Attorneys for Defendant, Counterclaim Plaintiff, and Cross Claim Plaintiff/Defendant Mannie Garcia*

Brendan T. Kehoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, and STUDIO NUMBER ONE, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No.: 09 CIV 01123 (AKH) <br><br> **ECF CASE** <br><br> **AFFIDAVIT OF BRENDAN T. KEHOE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NEW YORK )

Brendan T. Kehoe, being duly sworn, hereby deposes and says as follows:

1. I am Brendan T. Kehoe, counsel for Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff/Defendant The Associated Press in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff/Defendant's motion to admit **Michael F. Williams** as counsel *pro hac vice* to represent Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff/Defendant in this matter.

2. I am a member in good standing of the bar of the New York, and was admitted to practice law in the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. **Michael F. Williams** is a partner at Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005.

4. I have found **Michael F. Williams** to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of **Michael F. Williams**, *pro hac vice*.

6. In support of this motion, I submit a Certificate of Good Standing for **Michael F. Williams** from the United States District Court for the District of New Jersey, which is attached hereto as Exhibit A. Additional Certificates of Good Standing are available upon request.

7. I respectfully submit a proposed order gaining the admission of **Michael F. Williams**, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit **Michael F. Williams**, *pro hac vice*, to represent Petitioner in the above captioned matter, be granted.

Dated: November 10, 2009
New York, New York

Respectfully submitted,

_____
Brendan T. Kehoe

Sworn to before me this
10 day of November, 2009

_____
NOTARY PUBLIC

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20__

-2-

# Certificate of Good Standing



## United States of America

## District of New Jersey

    I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Michael F. Williams

was duly admitted to practice in said Court as of September 1, 2004, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: November 5, 2009

                                       WILLIAM T. WALSH, CLERK

                                By _____

                                      Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, and STUDIO NUMBER ONE, INC., <br><br> Counterclaim Defendants, <br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No.: 09 CIV 01123 (AKH) <br><br> **ECF CASE** <br><br> **ORDER ADMITTING COUNSEL** <br> *PRO HAC VICE* |

Upon the motion of Brendan T. Kehoe, attorney for The Associated Press and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | Michael F. Williams |
| Firm Name: | Kirkland & Ellis |
| Address: | 655 Fifteenth Street, N.W. |
| City / State / Zip: | Washington, DC 20005 |
| Telephone / Fax: | (202) 879-5000/ (202) 879-5200 |
| Email Address: | Michael.Williams@kirkland.com |

is admitted to practice *pro hac vice* as counsel for Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff/Defendant The Associated Press in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
New York, New York

_____
United States District Judge