Dale M. Cendali, Esq.
Claudia Ray, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

*Attorneys for Defendant, Counterclaim Plaintiff,*
*and Cross Claim Plaintiff/Defendant*
*The Associated Press*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., | |
| Plaintiffs, | |
| v. | Case No.: 09 CIV 01123 (AKH) |
| THE ASSOCIATED PRESS, | ECF CASE |
| Defendant and Counterclaim Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), | |
| Counterclaim Defendants, | |
| And | |
| MANNIE GARCIA, | |
| Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, | |
| v. | |

| SHEPARD FAIREY AND OBEY GIANT ART, INC., |
|---|
| Counterclaim Defendants, |
| And |
| THE ASSOCIATED PRESS, |
| Cross Claim Plaintiff/Defendant. |

I, Brendan Kehoe, an attorney at Kirkland & Ellis LLP, certify that on November 11, 2009, counsel for Counterclaim Defendant One 3 Two, Inc. (d/b/a Obey Clothing) as listed below, consented to accept service by e-mail in lieu of personal service and that I caused such service by e-mail of a true and correct copy of the **SUMMONS IN A CIVIL ACTION (directed to One 3 Two, Inc. (d/b/a Obey Clothing) and THE ASSOCIATED PRESS'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS.**

Dated: November 12, 2009
New York, New York

_____
Brendan T. Kehoe

Robyn C. Crowther
Jeanne A. Fugate
Laurie Martindale
CALDWELL, LESLIE PROCTOR
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017
Tel:   (213) 629-9040
Fax:   (213) 629-9022
Email: crowther@caldwell-leslie.com
       fugate@caldwell-leslie.com
       martindale@caldwell-leslie.com

*Attorneys for Counterclaim Defendants*
ONE 3 TWO, INC. (d/b/a OBEY CLOTHING)