# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, and STUDIO NUMBER ONE, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No.: 09 CIV 01123 (AKH) <br><br> **ECF CASE** <br><br> **ORDER ADMITTING COUNSEL** *PRO HAC VICE* <br><br>  |

Upon the motion of Brendan T. Kehoe, attorney for The Associated Press and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | Michael F. Williams |
| Firm Name: | Kirkland & Ellis |
| Address: | 655 Fifteenth Street, N.W. |
| City / State / Zip: | Washington, DC 20005 |
| Telephone / Fax: | (202) 879-5000/ (202) 879-5200 |
| Email Address: | Michael.Williams@kirkland.com |

is admitted to practice *pro hac vice* as counsel for Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff/Defendant The Associated Press in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 11/16/09
New York, New York

United States District Judge