# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> And <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No. 09-0-1123 (AKH) <br> ECF Case <br><br> **AMENDED CASE MANAGEMENT ORDER** <br><br>  |

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure:

1. A status conference will be held before this Court on **March 5, 2010 at 10:00 a.m.**

2. Amendment of pleadings and joinder of additional parties by **January 22, 2010**.

3. All fact discovery to be completed by **January 31, 2010.**

4. Disclosure of expert witnesses and exchange of expert reports by **February 26, 2010**; except disclosure of Mannie Garcia's expert witnesses and the exchange of those export reports by **March 5, 2010.**

5. Motions for summary judgment in connection with the copyright ownership issue filed on or before **March 2, 2010.** Opposition papers shall be due 30 days after the Motions are filed and Reply papers shall be due 15 days after the Oppositions are filed.

6. Disclosure of rebuttal experts and exchange of rebuttal expert reports by **April 2, 2010.**

7. Expert discovery (including depositions) to be completed by **April 30, 2010.**

8. Remaining motions for summary judgment filed on or before **May 27, 2010.** Opposition papers shall be due 30 days after the Motions are filed and Reply papers shall be due 15 days after the Oppositions are filed.

In addition, plaintiffs and counterclaim defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. are directed to preserve all materials, including all electronic materials, bearing on the spoliation and fabrication issues.

SO ORDERED.

Alvin K. Hellerstein
U.S. District Judge

DATED: 11/23/09
New York, New York