UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Counterclaim Defendants. <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this action for Counterclaim Defendants One 3 Two, Inc. d/b/a Obey Clothing. I certify that I am admitted to practice before this Court.

Dated: New York, New York
November 30, 2009

By:    /s/ Theresa Trzaskoma
Theresa Trzaskoma (TT 4175)
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel.: (212) 668-1900
Fax: (212) 668-0315
ttrzaskoma@bruneandrichard.com

*Counsel for Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing*