IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE ASSOCIATED PRESS,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff,<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),<br><br>　　　　Counterclaim Defendants.<br><br>MANNIE GARCIA,<br><br>　　　　Defendant, Counterclaim<br>　　　　Plaintiff and Cross Claim<br>　　　　Plaintiff/Defendant,<br><br>　　v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING)<br><br>　　　　Counterclaim Defendants,<br><br>THE ASSOCIATED PRESS,<br><br>　　　　Cross Claim<br>　　　　Plaintiff/Defendant. | Case No.　09-1123 (AKH) |

**ANSWER TO AMENDED COUNTERCLAIMS OF PLAINTIFFS
AND COUNTERCLAIM DEFENDANTS**

- 1 -

Defendant-Intervener and Counterclaim Plaintiff Mannie Garcia ("Mr. Garcia") by and through his attorneys, hereby answers the Amended Answer, Affirmative Defenses and Counterclaims ("Amended Counterclaims") brought by Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. (collectively "Fairey") as follows:

## NATURE OF THE ACTION

1. Denies the allegations contained in ¶ 1 of the Amended Counterclaims, except admit that this is a civil action for declaratory and injunctive relief.

2. Denies the allegations contained in ¶ 2, except admits that Mr. Garcia asserts that Fairey's work infringes his copyright in the Obama Photo.

## PARTIES

3. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 3.

4. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 4.

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 5.

6. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 6.

7. Admits the allegations contained in ¶ 7.

## JURISDICTION

8. States that the allegations contained in ¶ 8 are conclusions of law as to which no responsive pleading is required, but that to the extent any response is necessary, admits that this Court has subject matter jurisdiction over these claims.

9. States that the allegations contained in ¶ 9 are conclusions of law as to which no responsive pleading is required, but that to the extent any response is necessary, admits that this Court has personal jurisdiction over Mr. Garcia.

10. States that the allegations contained in ¶ 10 are conclusions of law as to which no responsive pleading is required, but that to the extent any response is necessary, admits that venue is proper in this District.

## FACTUAL BACKGROUND

11. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 11.

12. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 12.

13. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 13.

14. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 14.

15. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 15.

16. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 16, except admits that Mr. Garcia took the photograph referenced in said paragraph.

17. Admits that the photograph referenced in said paragraph was taken by Mr. Garcia.

18. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 18.

19. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 19.

20. Denies the allegations of ¶ 20, except admits that Mr. Fairey used a photograph taken by Mr. Garcia to create his poster and thereby infringed Mr. Garcia's copyright.

21. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 21.

22. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 22.

23. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 23.

24. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 24.

25. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 25.

26. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 26.

27. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 27.

28. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 28.

29. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 29.

30. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 30.

31. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 31.

32. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 32.

33. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 33.

34. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 34.

35. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 35.

36. There is no ¶ 36 in the Amended Counterclaims.

37. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 37.

38. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 38.

39. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 39.

40. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 40.

41. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 41.

42. Denies knowledge or information sufficient to form a belief as to the allegations contained in ¶ 42.

43. Admits the allegations contained in ¶ 43.

44. Admits the allegations contained in ¶ 44.

45. Admits the allegations contained in the first sentence of ¶ 45, except denies that Mr. Garcia stated in interviews that he was not "angry with Fairey or interested in joining any lawsuits".

(Second ¶45). Admits the allegations contained in the second ¶ 45

46. Admits the allegations contained in ¶ 46.

### FIRST COUNTERCLAIM – DECLARATORY JUDGMENT – NON-INFRINGMENT

47. Mr. Garcia incorporates by reference all of his answers to ¶¶ 1-46, above as if fully set forth herein.

48. State that the allegations contained in ¶ 48 are conclusions of law to which no responsive pleading is necessary, but to the extent a response is required denies the same.

49. State that the allegations contained in ¶ 49 are conclusions of law to which no responsive pleading is necessary, but to the extent a response is required denies the same.

### SECOND COUNTERCLAIM – DECLARATORY JUDGMENT –

## FAIR USE

50. Mr. Garcia incorporates by reference all of his answers to ¶¶ 1-49, above as if fully set forth herein

51. State that the allegations contained in ¶ 51 are conclusions of law to which no responsive pleading is necessary, but to the extent a response is required denies the same.

52. Denies the allegations contained in ¶ 52.

53. States that the allegations contained in ¶ 53 are conclusions of law to which no responsive pleading is necessary, but to the extent a response is required denies the same, except admits that Fairey illegally used the Obama Photograph taken by Mr. Garcia.

54. Denies the allegations contained in ¶ 54.

55. Denies the allegations contained in ¶ 55.

56. States that the allegations contained in ¶ 56 are conclusions of law to which no responsive pleading is necessary, but to the extent a response is required denies the same.

## PRAYER FOR RELIEF

57. Repeats and realleges each and every response from ¶¶ 1-56, above, as if fully set forth herein. Denies that the AP is entitled to any relief whatsoever.

Date: December 2, 2009

BOIES, SCHILLER & FLEXNER, LLP

By: _____
George F. Carpinello (GC 4229)
Jeffrey S. Shelly (JS 5119)
10 North Pearl Street, 4th Floor
Albany, NY 12207
Phone: (518) 434-0600

Michael Underhill
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Phone: (202) 274-1120

**KILE GOEKJIAN REED & McMANUS, PLLC**
Bradford E. Kile
Robert J. McManus
Matthew P. Thielemann
1200 New Hampshire Avenue NW
Suite 570
Washington, D.C. 20036
Phone: (202) 659-8000

*Attorneys for Mannie Garcia*

TO: **JONES DAY**
Geoffrey S. Stewart
Meir Feder
222 East 41st Street
New York, NY 10017
Phone: (212) 326-3939
Email: gstewart@JonesDay.com
       mfeder@jonesday.com

**HARVARD LAW SCHOOL**
William W. Fisher, III
1575 Massachusetts Avenue
Cambridge, MA 02138
Phone: (617) 495-0957
Email: tfisher@law.harvard.edu

*Attorneys for Shepard Fairey, Obey Giant Art, Inc.,
Obey Giant, LLC and Studio Number One, Inc.*

**KIRKLAND & ELLIS LLP**
Dale M. Cendali
Brendan T. Kehoe
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Email: dale.cendali@kirkland
       brendan.kehoe@kirkland.com

Claudia E. Ray
153 East 53rd Street
New York, NY 10022
Phone: (212) 446-4800
E-mail: cray@kirkland.com

Michael F. Williams
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
Phone: (202) 879-5123
E-mail: mwilliams@kirkland.com

*Attorneys for The Associated Press*

**BRUNE & RICHARD LLP**
Charles A. Michael
Theresa M. Trzaskoma
80 Broad Street, 30th Floor
New York, NY 10004
Phone: (212) 668-1900
E-mail: cmichael@brunerichard.com
　　　　　ttrzaskoma@brunerichard.com

*Attorneys for One 3 Two, Inc. d/b/a Obey Clothing*

S:\wpdata\7510001\MG Answer to counterclaims.doc