UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE ASSOCIATED PRESS, <br><br> Defendant. | 09 Civ. 1123 (AKH) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Chris J. Lopata of Jones Day hereby appears in this action on behalf of plaintiffs and counterclaim defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. I certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, New York
          December 3, 2009

Respectfully Submitted,

/s/ Chris J. Lopata
Chris J. Lopata (CL-3260)
Jones Day
222 E. 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Email: cjlopata@jonesday.com

*Counsel for Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on all counsel via the Court's ECF system.

/s/ Chris J. Lopata
Chris J. Lopata (CL-3260)
Jones Day
222 E. 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Email: cjlopata@jonesday.com

NYI-4235312v1