**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Counterclaim Defendants. <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Theresa Trzaskoma, a

member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jeanne A. Fugate |
| Firm Name: | Caldwell Leslie & Proctor, P.C. |
| Address: | 1000 Wilshire Boulevard, Suite 600 |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | (213) 629-9040 |
| Fax Number: | (213) 629-9022 |

Jeanne A. Fugate is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Jeanne A. Fugate in any State or Federal Court.

Dated: New York, New York
December 1, 2009

Respectfully submitted,

By: _____
Theresa Trzaskoma (TT 4175)
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel.: (212) 668-1900
Fax: (212) 668-0315
ttrzaskoma@bruneandrichard.com

*Counsel for Counterclaim Defendant
One 3 Two, Inc. d/b/a Obey Clothing*

59768

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Counterclaim Defendants. <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) <br><br> **DECLARATION OF THERESA TRZASKOMA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Theresa Trzaskoma, an attorney duly admitted to practice before the Bar of this Court, hereby declares under penalty of perjury:

1. I am a partner at the law firm of Brune & Richard LLP, counsel for Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing ("One 3 Two") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Counterclaim Defendant One 3 Two's motion to admit Jeanne A. Fugate as counsel pro hac vice to represent Counterclaim Defendant One 3 Two in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States for the Southern District of New York and am in good standing with this Court.

3. I have known Jeanne A. Fugate since 2008.

4. Ms. Fugate is an attorney at Caldwell Leslie & Proctor P.C., in Los Angeles, California.

5. I have found Ms. Fugate to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeanne A. Fugate, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeanne A. Fugate pro hac vice, which is attached hereto as Exhibit A.

59774

WHEREFORE it is respectfully requested that the motion to admit Jeanne A. Fugate, pro hac vice, to represent Counterclaim Defendant One 3 Two in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: New York, New York
December 1, 2009

By: _____
Theresa Trzaskoma

59774

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Counterclaim Defendants. <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) <br><br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Theresa Trzaskoma, attorney for Counterclaim Defendants One 3 Two, Inc. (d/b/a Obey Clothing) and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jeanne A. Fugate, Caldwell Leslie & Proctor, P.C., 1000 Wilshire Boulevard, Suite 600, Los Angeles, CA 90017 is is admitted to practice pro hac vice as counsel for Counterclaim Defendant One 3 Two, Inc. (d/b/a Obey Clothing) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
December 1, 2009          By: _____
                              Honorable Alvin K. Hellerstein
                              United States District Court Judge

59778

| | |
|---|---|
| **THE STATE BAR** | **MEMBER SERVICES CENTER** |
| **OF CALIFORNIA** | |
| 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

November 6, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEANNE ADELE FUGATE, #236341 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Counterclaim Defendants. <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) |

## CERTIFICATE OF SERVICE

I, Theresa Trzaskoma, hereby certify that on the 1st day of December, 2009, I caused true and correct copies of the following documents to be served via Federal Express upon the persons listed on the attached Service List:

1. Motion to Admit Counsel Pro Hac Vice (re: Jeanne A. Fugate);
2. Motion to Admit Counsel Pro Hac Vice (re: Laurie C. Martindale);
3. Motion to Admit Counsel Pro Hac Vice (re: Robyn C. Crowther);
4. Affidavit of Theresa Trzaskoma in Support of Motion to Admit Counsel Pro Hac Vice (re: Jeanne A. Fugate);
5. Affidavit of Theresa Trzaskoma in Support of Motion to Admit Counsel Pro Hac Vice (re: Laurie C. Martindale);
6. Affidavit of Theresa Trzaskoma in Support of Motion to Admit Counsel Pro Hac Vice (re: Robyn C. Crowther);
7. Order for Admission Pro Hac Vice on Written Motion (re: Jeanne A. Fugate);
8. Order for Admission Pro Hac Vice on Written Motion (re: Laurie C. Martindale);

and

9. Order for Admission Pro Hac Vice on Written Motion (re: Robyn C. Crowther)

Dated: December 1, 2009
New York, New York

By: _____
Theresa Trzaskoma

...., ...
*(Counterclaim Defendants)*