# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., | ECF |
| Plaintiffs, | No. 09 Civ. 1123 (AKH) |
| v. | JURY TRIAL DEMAND |
| THE ASSOCIATED PRESS, | |
| Defendant and Counterclaim Plaintiff, | |
| v. | |
| SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING) | |
| Counterclaim Defendants. | |
| And | |
| MANNIE GARCIA, | |
| Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, | |
| v. | |
| SHEPARD FAIREY and OBEY GIANT ART, INC., | |
| Counterclaim Defendants. | |
| And | |
| THE ASSOCIATED PRESS, | |
| Cross-claim Plaintiff/Defendant. | |

## RULE 7.1 STATEMENT OF COUNTERCLAIM
## DEFENDANT ONE 3 TWO, INC. d/b/a OBEY CLOTHING

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing (private non-governmental parties) certify that there are no publicly held corporate parents, affiliates and/or subsidiaries of said parties.

Dated: New York, New York
December 4, 2009

Respectfully submitted,

By: /s/ Theresa Trzaskoma
    Theresa Trzaskoma
    Charles Michael
Brune & Richard LLP
80 Broad Street
New York, NY 10004
Tel: (212) 668-1900
Fax: (212) 668-0315
ttrzaskoma@bruneandrichard.com
cmichael@bruneandrichard.com


Robyn C. Crowther (*pro hac vice admission pending*)
Jeanne A. Fugate (*pro hac vice admission pending*)
Laurie C. Martindale (*pro hac vice admission pending*)
Caldwell Leslie & Proctor, P.C.
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
crowther@caldwell-leslie.com
fugate@caldwell-leslie.com
martindale@caldwell-leslie.com

*Counsel for Counterclaim Defendant One 3 Two, Inc. (d/b/a Obey Clothing)*