# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017

TELEPHONE: (212) 326-3939 • FACSIMILE: (212) 755-7306

Direct Number: (212) 326-3602
cjlopata@jonesday.com

016637:cjl
537229-600001

December 3, 2009

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United State District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Shepard Fairey v. The Associated Press*, Case No. 09-cv-01123

Dear Judge Hellerstein:

I am writing to request a short extension of time to December 14, 2009 to permit plaintiffs and counterclaim defendants to respond to the Associated Press's First Amended Counterclaims. The original response deadline is today. No prior requests for an extension have been made. Counsel for the Associated Press consents to this request. The requested extension of time would not affect other case management deadlines.

Respectfully submitted,

Chris J. Lopata
*Counsel for Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc.*

cc: Claudia E. Ray (counsel for the Associated Press, by email)
George F. Carpinello (counsel for Mannie Garcia, by email)
Jeanne A. Fugate (counsel for One 3 Two, Inc., by email)

NYI-4235329v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON