UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant and Counterclaim Plaintiff,

v.

SHEPARD FAIREY, OBEY GIANT ART, INC.,
OBEY GIANT LLC, STUDIO NUMBER ONE, INC.,
and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING)

    Counterclaim Defendants.

And

MANNIE GARCIA,

    Defendant, Counterclaim Plaintiff and
    Cross-claim Plaintiff/Defendant,

v.

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Counterclaim Defendants.

And

THE ASSOCIATED PRESS,

    Cross-claim Plaintiff/Defendant.

No. 09 Civ. 1123 (AKH)

[~~PROPOSED~~] ORDER
FOR ADMISSION PRO
HAC VICE ON
WRITTEN MOTION



USDC SDNY
DOCUMENT
FILED
DOC
DATE FILED: 12/8/09

Upon the motion of Theresa Trzaskoma, attorney for Counterclaim Defendants One 3

Two, Inc. (d/b/a Obey Clothing) and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jeanne A. Fugate, Caldwell Leslie & Proctor, P.C., 1000 Wilshire Boulevard, Suite 600, Los Angeles, CA 90017 is is admitted to practice pro hac vice as counsel for Counterclaim Defendant One 3 Two, Inc. (d/b/a Obey Clothing) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
December 1, 2009

By: _____
Honorable Alvin K. Hellerstein
United States District Court Judge

59778