## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>THE ASSOCIATED PRESS, <br><br>    Defendant and Counterclaim Plaintiff, <br><br>v. <br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br>    Counterclaim Defendants. <br><br>And <br><br>MANNIE GARCIA, <br><br>    Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br>v. <br><br>SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br>    Counterclaim Defendants, <br><br>And <br><br>THE ASSOCIATED PRESS, <br><br>    Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) |

### **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this action for Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing. I certify that I am admitted *pro hac vice* to practice before this Court in the above-captioned matter.

DATED:
Los Angeles, CA
December 10, 2009

          By: /s/ Robyn C. Crowther
             Robyn C. Crowther
             (Admitted *Pro Hac Vice*)
             Caldwell Leslie & Proctor, P.C.
             1000 Wilshire Boulevard, Suite 600
             Los Angeles, CA 90017-2463
             Telephone: (213) 629-9040
             Facsimile: (213) 629-9022
             crowther@caldwell-leslie.com

             Theresa Trzaskoma (TT4175)
             Charles Michael (CM0303)
             Brune & Richard LLP
             80 Broad Street
             New York, NY 10004
             Telephone: (212) 668-1900
             Facsimile: (212) 668-0315
             ttrzaskoma@bruneandrichard.com
             cmichael@bruneandrichard.com

             *Counsel for Counterclaim*
             *Defendant One 3*
             *Two, Inc. d/b/a Obey Clothing*