# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross-claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross-claim Plaintiff/Defendant. | No. 09 Civ. 1123 (AKH) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this action for Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing. I certify that I am admitted *pro hac vice* to practice before this Court in the above-captioned matter.

DATED:
Los Angeles, CA
December 10, 2009

By: /s/ Jeanne A. Fugate
Jeanne A. Fugate
(Admitted *Pro Hac Vice*)
Caldwell Leslie & Proctor, P.C.
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
fugate@caldwell-leslie.com

Theresa Trzaskoma (TT4175)
Charles Michael (CM0303)
Brune & Richard LLP
80 Broad Street
New York, NY 10004
Telephone: (212) 668-1900
Facsimile: (212) 668-0315
ttrzaskoma@bruneandrichard.com
cmichael@bruneandrichard.com

*Counsel for Counterclaim*
*Defendant One 3*
*Two, Inc. d/b/a Obey Clothing*