UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Shepard Fairey, et al.        Plaintiff,

09 C 01123 (AKH)( )

-against-

The Associated Press          Defendant.
------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

☐ I have cases pending          ☒ I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Joseph C. Gratz

☒ Attorney

  ☐ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

  ☒ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

  From:_____

  To:_____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☒ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on Nov. 11, 2009 by Judge Alvin K. Hellerstein.

☒ Address:       217 Leidesdorff Street

                 San Francisco, CA 94111

☐ Telephone No.:     _____

☐ Fax No.:           _____

☐ E-Mail Address:

Dated: 12/18/2009

ATTORNEY'S SIGNATURE