USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SHEPARD FAIREY, et al.      : **ORDER**
                            :
                 Plaintiffs, : 09 Civ. 1123 (AKH)
                            :
       -against-            :
                            :
THE ASSOCIATED PRESS, et al. :
                            :
                 Defendants. :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

On December 28, 2009, Defendant One 3 Two, Inc. d/b/a Obey Clothing ("One 3 Two) submitted a letter regarding a dispute over the fact discovery deadline. The letter failed to comply with my Individual Rule 2(E) which requires the parties to submit a joint letter presenting all positions. I thus reject the submission.

I will address the dispute at a hearing on January 14, 2010, at 2:30 p.m. The parties shall submit a joint letter with each party's position and any responses by noon on January 11, 2010. Any requests for sealing must be made in accordance with my Individual Rule 4.

SO ORDERED.

Dated:   December 29, 2009
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge