


# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

Claudia Ray
To Call Writer Directly:
(212) 446-4948
claudia.ray@kirkland.com

December 28, 2009

So ordered
12/29/09
/s/ A.K. Hellerstein

**By Hand Delivery**

Hon. Alvin K. Hellerstein
U.S. District Judge
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Shepard Fairey et al. v. The Associated Press and Mannie Garcia*
    Case No. 09-cv-1123 (AKH)

Dear Judge Hellerstein:

We are counsel for Defendant and Counterclaim Plaintiff The Associated Press ("The AP") in the above-referenced matter.

We are writing to clarify the date by which The AP must serve its opposition to Plaintiffs and Counterclaim Defendants' Motion for a Protective Order, which was served on Wednesday, December 23, 2009. The Notice of Motion states that The AP's opposition is due within seven (7) days (i.e., by Wednesday, December 30, 2009). However, The AP is entitled to an additional three days to respond because the motion was served by electronic mail. *See* Fed. R. Civ. P. 6(d) and 5(b)(2)(E). Thus, it is The AP's understanding that The AP's opposition to the motion is due by Monday, January 4, 2010.

Please note that Jones Day, counsel for Plaintiffs and Counterclaim Defendants, agrees with this calculation of the time period.

Respectfully submitted,

Claudia Ray

Chicago    Hong Kong    London    Los Angeles    Munich    Palo Alto    San Francisco    Washington, D.C.

KIRKLAND & ELLIS LLP

December 28, 2009
Page 2

cc:  Geoffrey S. Stewart, Esq. (via email)
     Meir Feder, Esq. (via email)
     William W. Fisher, III, Esq. (via email)
     John Palfrey, Esq. (via email)
     Bradford Kile, Esq. (via email)
     Robert McManus, Esq. (via email)
     Matthew Thielemann, Esq. (via email)
     George F. Carpinello, Esq. (via email)
     Theresa Monroe, Esq. (via email)
     Michael Underhill, Esq. (via email)
     Jeanne Fugate, Esq. (via email)
     Robyn Crowther, Esq. (via email)
     Laurie Martindale, Esq. (via email)
     Charles Michael, Esq. (via email)
     Theresa Trzaskoma, Esq. (via email)