Hellerstein.

RECEIVED DEC 28 2009 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant and Counterclaim Plaintiff,

v.

SHEPARD FAIREY, et al.,

    Counterclaim Defendants,

And

MANNIE GARCIA,

    Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant,

v.

SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Counterclaim Defendants,

And

THE ASSOCIATED PRESS,

    Cross Claim Plaintiff/Defendant.

Case No.: 09 CIV 01123 (AKH)

**ECF CASE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 12/30/09

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of defendant, counterclaim plaintiff, and cross claim plaintiff/defendant The Associated Press ("The AP"), on the one hand, and defendant-intervener, counterclaim plaintiff, and cross claim plaintiff/defendant Mannie Garcia ("Garcia"), on the other hand, that The AP's time to respond to Garcia's First Amended Answer, Affirmative Defenses, Counterclaims, and

Cross Claims in the above-captioned matter has been extended from December 28, 2009 to

December 31, 2009.

Dated: December 23, 2009  
New York, New York

_____  
Dale M. Cendali  
Claudia Ray  
Brendan T. Kehoe

KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
Tel: (212) 446-4800  
Fax: (212) 446-4900  
Email: dale.cendali@kirkland.com  
claudia.ray@kirkland.com  
brendan.kehoe@kirkland.com

*Counsel for Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff/Defendant The Associated Press*

SO ORDERED:

_____  
Hon. Alvin K. Hellerstein  
United States District Court Judge

12/29/09

Dated: December 28, 2009  
New York, New York

_____  
Geroge Carpinello  
Theresa Monroe  
Jeffrey Shelly

BOIES, SCHILLER & FLEXNER LLP  
10 N. Pearl Street  
Albany, NY 12207  
Tel: (518) 434-0600  
Fax: (518) 434-0665  
Email: gcarpinello@bsfllp.com  
tmonroe@bsfllp.com  
jshelly@bsfllp.com

D. Michael Underhill  
BOIES, SCHILLER & FLEXNER LLP  
5301 Wisconsin Ave., N.W.  
Washington, DC 20015  
Tel: (202) 274-1120  
Fax: (202) 237-6131  
Email: munderhill@bsfllp.com

Bradford Kile  
Robert McManus  
Matthew Thielemann  
KILE, GOEKJIAN REED & McMANUS  
1200 New Hampshire Avenue, N.W.  
Suite 570  
Washington, DC 20036  
Tel: (202) 659-8000  
Fax: (202) 659-8822  
Email: bkile@kgrmlaw.com  
rmcmanus@kgrmlaw.com  
mthielemann@kgrmlaw.com

*Counsel for Defendant, Counterclaim Plaintiff, and Cross Claim Plaintiff/Defendant Mannie Garcia*