# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Dale M. Cendali
To Call Writer Directly:
(212) 446-4846
Dale.cendali@kirkland.com

Facsimile:
(212) 446-4900

January 4, 2010

**By Hand Delivery**

Hon. Alvin K. Hellerstein
U.S. District Judge
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Shepard Fairey et al. v. The Associated Press and Mannie Garcia,*
             Case No. 09-cv-1123 (AKH)

Dear Judge Hellerstein:

      We are counsel for Defendant and Counterclaim Plaintiff The Associated Press ("The AP") in the above-referenced matter. Enclosed are two courtesy copies of The AP's papers in opposition to the motion for a protective order submitted by Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. (collectively, "Fairey"), including (i) The AP's Memorandum of Law In Support of Its Opposition to Fairey's Motion for a Protective Order and (ii) the Declaration of Claudia Ray, dated January 4, 2010.

      Because Fairey filed its initial motion papers under seal, The AP has filed its opposition papers under seal as well. Nevertheless, we do not believe that any of the material contained in either Fairey's opening papers or The AP's opposition papers (with the possible exception of the reference on page 18 of The AP's Memorandum of Law to the revenue generated by the sale of Fairey's Infringing Works, which could easily be redacted), is confidential under the Protective Order in this case. We therefore respectfully request that the Court consider whether sealing the filings regarding Fairey's pending motion is appropriate.

[Handwritten notations: "The conf. scheduled for 1/14/2010 is adjourned to 1/26/2010, 4:00 pm. 1-5-2010" and "Plaintiff shall file any reply by Jan. 18, 2010. Will hear argument Jan. 26, 2010, 4:00 pm. 1-5-2010"]

Respectfully submitted,

*[signature: Dale M. Cendali]*

Dale M. Cendali

Encl.

cc: Geoffrey S. Stewart, Esq. (via email)
    Meir Feder, Esq. (via email)
    William W. Fisher, III, Esq. (via email)
    John Palfrey, Esq. (via email)
    Bradford Kile, Esq. (via email)
    Robert McManus, Esq. (via email)
    Matthew Thielemann, Esq. (via email)
    George F. Carpinello, Esq. (via email)
    Theresa Monroe, Esq. (via email)
    Michael Underhill, Esq. (via email)
    Jeanne Fugate, Esq. (via email)
    Robyn Crowther, Esq. (via email)
    Laurie Martindale, Esq. (via email)
    Charles Michael, Esq. (via email)
    Theresa Trzaskoma, Esq. (via email)