UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SHEPARD FAIREY and OBEY GIANT ) Civil Action No.: 09-1123 (AKH)
ART, INC., )
 ) [~~PROPOSED~~ ORDER]
            Plaintiffs, )
 )
        v. )
 )
THE ASSOCIATED PRESS, )
 )
            Defendant/Counterclaim )
            Plaintiff, )
 )
        v. )
 )
 )
SHEPARD FAIREY, OBEY GIANT ART, )
INC., OBEY GIANT LLC, STUDIO )
NUMBER ONE, INC. and ONE 3 TWO, )
INC. (d/b/a OBEY CLOTHING), )
 )
            Counterclaim Defendants, )
 )
and )
 )
MANNIE GARCIA, )
 )
            Defendant/Intervener and )
            Counterclaim/Cross claim )
            Plaintiff, )
 )
        v. )
 )
SHEPARD FAIREY AND OBEY GIANT )
ART, INC., )
            Counterclaim Defendants, )
and )
 )
THE ASSOCIATED PRESS, )
 )
            Cross claim Defendant. )
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2010

LAI-3080734v1

Upon consideration of the Motion of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc for Admission *Pro Hac Vice,* and the Declaration of Chris J. Lopata, submitted in support thereof, and good cause having been shown, it is SO ORDERED that Jordan A. Gimbel is admitted to the bar of this Court *pro hac vice* this ___ day of January, 2010.

_____
United States District Judge