IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>Defendant and<br>Counterclaim Plaintiff,<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),<br><br>Counterclaim Defendants.<br><br>MANNIE GARCIA,<br><br>Defendant, Counterclaim<br>Plaintiff and Cross Claim<br>Plaintiff/Defendant,<br><br>v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING)<br><br>Counterclaim Defendants,<br><br>THE ASSOCIATED PRESS,<br><br>Cross Claim<br>Plaintiff/Defendant. | Case No. 09-1123 (AKH)<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, George F. Carpinello, a member in good

standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of the individual listed below:

> Teresa A. Monroe
> Boies, Schiller & Flexner, LLP
> 10 North Pearl Street, 4th Floor
> Albany, New York 12207
> (518) 434-0600
> (518) 434-0665

Teresa A. Monroe is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against Teresa A. Monroe in any State or Federal Court.

Dated: January 26, 2010
      Albany, NY

BOIES, SCHILLER & FLEXNER LLP

_____
George F. Carpinello
SDNY Bar No.: GC4229
10 North Pearl Street. 4th Floor
Albany, New York 12207
(518) 434-0600
(518) 434-0665

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),<br><br>    Counterclaim Defendants.<br><br>MANNIE GARCIA,<br><br>    Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant,<br><br>v.<br><br>SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING)<br><br>    Counterclaim Defendants,<br><br>THE ASSOCIATED PRESS,<br><br>    Cross Claim Plaintiff/Defendant. | Case No. 09-1123 (AKH)<br><br>**AFFIDAVIT OF GEORGE F. CARPINELLO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, George F. Carpinello, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner L.L.P., counsel for Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia in the above-referenced caption. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Mr. Garcia's motion to admit Teresa A. Monroe as counsel pro hac vice to represent Mr. Garcia in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 18, 1976..

3. I have known Teresa A. Monroe since 2004.

4. Ms. Monroe is an associate at Boies, Schiller & Flexner, LLP in Albany, New York.

5. I have found Ms. Monroe to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Teresa A. Monroe, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Teresa A. Monroe, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the motion to admit Teresa A. Monroe,, pro hac vice, to represent Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia in the above-captioned matter, be granted.

Dated: January 26, 2010
      Albany, NY

Respectfully submitted,

_____
George F. Carpinello
SDNY Bar No.: GC4229

Sworn to before me this
26th day of January, 2010.

_____
Notary Public

CHRISTINE A. PATTERSON
Notary Public, State of New York
No. 01PA6175339
Qualified in Montgomery County
Commission Expires Oct. 9, 2011

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING) <br><br> Counterclaim Defendants, <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No. 09-1123 (AKH) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of George F. Carpinello, attorney for Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Teresa A. Monroe
>Boies, Schiller & Flexner, LLP
>10 North Pearl Street, 4th Floor
>Albany, New York 12207
>(518) 434-0600
>(518) 434-0665

is admitted to practice pro hac vice as counsel for Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: _____, 2010

SO ORDERED.

                                                  United States District/Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING) <br><br> Counterclaim Defendants, <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No. 09-1123 (AKH) <br><br> **CERTIFICATE OF SERVICE** |

I, Maria A. Maselli, being duly sworn deposes and says that I am over the age of eighteen (18); that on this 26th day of January, I served the documents entitled Motion and Affidavit of George F. Carpinello with proposed Order in support of the Admission Pro Hac Vice of Teresa A.

Monroe in the above-referenced action by delivering true and correct copies via electronic mail upon the following individuals:

**KIRKLAND & ELLIS LLP**
Dale M. Cendali
Brendan T. Kehoe
Claudia Ray
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Email: dale.cendali@kirkland
claudia.ray@kirkland.com
brendan.kehoe@kirkland.com

*Attorneys for The Associated Press*

**JONES DAY**
Geoffrey S. Stewart
Meir Feder
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Ph: 202.879.3939
Email: gstewart@jonesday.com

**HARVARD LAW SCHOOL**
William W. Fisher, III, Esq.
John Palfrey
HARVARD LAW SCHOOL
1545 Massachusetts Avenue
Cambridge, MA 02138
Ph: 617-496-5243
Email: jpalfrey@cyber.law.harvard.edu

*Attorneys for Shepard Fairey and Obey Giant Art, Inc. and Obey Giant LLC and Studio Number One, Inc.*

**CALDWELL LESLIE & PROCTOR, PC**
Jeanne A. Fugate
Robyn Crowther
Laurie Martindale
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
Ph: 213-629-9040
Email: fugate@caldwell-leslie.com
crowther@caldwell-leslie.com
martindale@caldwell-leslie.com

Charles Michael, Esq.
Theresa Trzaskoma, Esq.
Brune & Richard LLP
80 Broad Street
New York, New York 10004
Email: cmichael@bruneandrichard.com
　　　　ttrzaskoma@bruneandrichard.com

*Attorneys for One 3 Two, Inc. (d/b/a Obey Clothing)*

　　　　　　　　　　　　　　　　　　　/s/ Maria A. Maselli
　　　　　　　　　　　　　　　　　　　Maria A. Maselli



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Teresa Monroe

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of July, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **26th day of January, 2010**.



_____
Clerk