USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHEPARD FAIREY, et al., : **SUMMARY ORDER**
:
                        Plaintiffs, : 09 Civ. 1123 (AKH)
:
    -against- :
:
THE ASSOCIATED PRESS, et al., :
:
                        Defendants. :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      On January 26, 2010, the parties appeared for oral argument on the motion by Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc. for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure staying or limiting Fairey's deposition. For the reasons stated on the record, I deny the motion and unseal all related filings.

      The Clerk shall unseal the motion and supporting memorandum (Doc. # 84), the memorandum in opposition to the motion (Doc. # 89), and the reply memorandum (Doc. # 95), and mark the motion (Doc. # 84) as terminated.

      SO ORDERED.

Dated:     January 27, 2010
              New York, New York

                                                ALVIN K. HELLERSTEIN
                                               United States District Judge