**Confidential – Filed Under Seal Pursuant to Protective Order**

Geoffrey S. Stewart
Meir Feder
Chris J. Lopata
Jones Day
222 E. 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Email: gstewart@jonesday.com

William W. Fisher III (admitted *pro hac vice*)
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-0957
Email: tfisher@law.harvard.edu

*Attorneys for Plaintiffs and Counterclaim Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC and STUDIO NUMBER ONE INC. and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. | Case No.: 09-01123 (AKH) <br><br> **REPLY DECLARATION OF MEIR FEDER** |

and

MANNIE GARCIA,

        Defendant, Counterclaim
        Plaintiff and Cross-claim
        Plaintiff/Defendant,

    v.

SHEPARD FAIREY and OBEY GIANT ART, INC.,

        Counterclaim Defendants.

and

THE ASSOCIATED PRESS,

        Cross-claim
        Plaintiff/Defendant.

## REPLY DECLARATION OF MEIR FEDER

1.    I am a member of the bar of this Court and a member of the law firm of Jones Day. Jones Day is counsel in this action to Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC, and Studio Number One, Inc.

2.    I offer this declaration in further support of the Plaintiffs and Counterclaim Defendants' motion for a protective order.

3.    Annexed hereto as Exhibit 11 is a true and correct copy of a series of e-mails between Laura Malone, counsel for the Associated Press, and Anthony Falzone, counsel for Shepard Fairey, dated February 4, 2009 to February 6, 2009.

I declare under penalty of perjury
that the foregoing is true and correct.


  /s/ Meir Feder
        Meir Feder

Executed on January 19, 2009

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served today, January 19, 2009, by electronic mail on all counsel.

                      JONES DAY

        By:  /s/ Meir Feder

            Meir Feder
            222 East 41st Street
            New York, New York 10017-6702
            (212) 326-3939