# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br>     Defendant and <br>     Counterclaim Plaintiff, <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br>     Counterclaim Defendants. <br><br> MANNIE GARCIA, <br><br>     Defendant, Counterclaim <br>     Plaintiff and Cross Claim <br>     Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a/ OBEY CLOTHING) <br><br>     Counterclaim Defendants, <br><br> THE ASSOCIATED PRESS, <br><br>     Cross Claim <br>     Plaintiff/Defendant. | Case No.    09-1123 (AKH) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** <br><br>  |

Upon the motion of George F. Carpinello, attorney for Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Teresa A. Monroe
> Boies, Schiller & Flexner, LLP
> 10 North Pearl Street, 4th Floor
> Albany, New York 12207
> (518) 434-0600
> (518) 434-0665

is admitted to practice pro hac vice as counsel for Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant Mannie Garcia in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: 1/28, 2010

SO ORDERED.

_____
United States District/Magistrate Judge