UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

SHEPARD FAIREY and OBEY GIANT
ART, INC.,

        Plaintiffs,

        v.

THE ASSOCIATED PRESS,

        Defendant/Counterclaim
        Plaintiff,

        v.

SHEPARD FAIREY, OBEY GIANT ART,
INC., OBEY GIANT LLC, STUDIO
NUMBER ONE, INC. and ONE 3 TWO,
INC. (d/b/a OBEY CLOTHING),

        Counterclaim Defendants,

and

MANNIE GARCIA,

        Defendant/Intervener and
        Counterclaim/Cross claim
        Plaintiff,

        v.

SHEPARD FAIREY AND OBEY GIANT
ART, INC.,
        Counterclaim Defendants,
and

THE ASSOCIATED PRESS,

        Crossclaim Defendant.

-------------------------------------------------- x

Civil Action No.: 09-1123 (AKH)

**MOTION FOR ADMISSION OF
KATHERINE E. STERN**

*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Chris J. Lopata, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Katherine E. Stern
> Jones Day
> 51 Louisiana Avenue, NW
> Washington, DC 20001
> Phone: (202) 879-3939
> Fax: (202) 626-1700
> Email kstern@jonesday.com

Ms. Stern is a member in good standing of the State Bar of Florida and there are no

pending disciplinary proceedings against Ms. Stern in any state or Federal court.

This motion is based upon the accompanying Declaration of Chris J. Lopata and upon all

other papers and proceedings in this action.

Dated: February 24, 2010

Respectfully submitted,

Chris J. Lopata
Jones Day
222 East 41st Street
New York, NY 10017
Facsimile: (212) 755-7306

Attorneys for Plaintiffs and Counterclaim
Defendants
*SHEPARD FAIREY, OBEY GIANT ART,
INC., OBEY GIANT LLC* and *STUDIO
NUMBER ONE, INC.*

WAI-2953756v1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x

SHEPARD FAIREY and OBEY GIANT ART, INC.,

        Plaintiffs,

        v.

THE ASSOCIATED PRESS,

        Defendant/Counterclaim Plaintiff,

        v.

SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),

        Counterclaim Defendants,

and

MANNIE GARCIA,

        Defendant/Intervener and Counterclaim/Cross claim Plaintiff,

        v.

SHEPARD FAIREY AND OBEY GIANT ART, INC.,

        Counterclaim Defendants,

and

THE ASSOCIATED PRESS,

        Cross claim Defendant.

------------------------------------------------------ x

Civil Action No.: 09-1123 (AKH)

**[PROPOSED ORDER]**

Upon consideration of the Motion of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc for Admission *Pro Hac Vice,* and the Declaration of Chris J. Lopata, submitted in support thereof, and good cause having been shown, it is SO ORDERED that Katherine E. Stern is admitted to the bar of this Court *pro hac vice* this ___ day of February, 2010.

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

SHEPARD FAIREY and OBEY GIANT ART, INC.,

               Plaintiffs,

                 v.

THE ASSOCIATED PRESS,

             Defendant/Counterclaim
             Plaintiff,

                 v.

SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),

             Counterclaim Defendants,

and

MANNIE GARCIA,

             Defendant/Intervener and
             Counterclaim/Cross claim
             Plaintiff,

                 v.

SHEPARD FAIREY AND OBEY GIANT ART, INC.,
             Counterclaim Defendants,
and

THE ASSOCIATED PRESS,

             Cross claim Defendant.

-------------------------------------------------------- x

Civil Action No.: 09-1123 (AKH)

**DECLARATION OF CHRIS J. LOPATA**

I, Chris J. Lopata, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney with the firm of Jones Day, counsel for Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc. in the above-captioned action. I am admitted to practice in, and a member in good standing of, the bars of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc.'s motion, pursuant to Local Civil Rule 1.3(c), for the admission of Katherine E. Stern to the bar of this Court *pro hac vice*.

2.      Ms. Stern is an attorney of the law firm of Jones Day and is a resident in the firm's Washington, DC, office. She is a member in good standing of the bar of the State of Florida and is admitted to practice in the courts of the State of Florida. Attached hereto as Exhibit A is Ms. Stern's certificate of good standing for the bar of the State of Florida. She is familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3.      For the reasons set forth above, I respectfully request that Ms. Stern be admitted to the bar of this Court *pro hac vice*.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of February, 2010.

_____
Chris J. Lopata

WAI-2953760v1

**EXHIBIT A**

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:    12811
Katherine Eugenia Stern
Jones Day
51 Louisiana Ave. NW
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on June 7, 2005.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _23rd_ day of February, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ECTU1:R10

## CERTIFICATE OF SERVICE

I, Chris J. Lopata, an attorney at Jones Day, certify that on February 24, 2010, I caused to be served by e-mail on counsel of record listed below, true and correct copies of **MOTION FOR ADMISSION OF KATHERINE E. STERN *PRO HAC VICE*, DECLARATION OF CHRIS J. LOPATA and PROPOSED ORDER.**

Dale M. Cendali
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street, 36th Floor
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: dale.cendali@kirkland.com

*Attorneys for The Associated Press*

George F. Carpinello
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
Email: gcarpinello@bsfllp.com

Bradford E. Kile
Kile Goekjian Reed & McManus PLLC
1200 New Hampshire Ave., NW
Suite 570
Washington, D.C. 20036
Tel: (202) 659-8000
Fax: (202) 659-8822
Email: bkile@kgrmlaw.com

*Attorneys for Mannie Garcia*

Jeanne A. Fugate
Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Tel: (213) 629-9040
Fax: (213) 629-9022
Email: fugate@caldwell-leslie.com

*Attorneys for One 3 Two, Inc.*

DATED: February 24, 2010

_____
Chris J. Lopata