UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SHEPARD FAIREY and OBEY GIANT ) Civil Action No.: 09-1123 (AKH)
ART, INC., )
 )
 ) [PROPOSED ORDER]
Plaintiffs, )
 )
v. )
 )
THE ASSOCIATED PRESS, )
 ) USDC SDNY
Defendant/Counterclaim ) DOCUMENT
Plaintiff, ) ELECTRONICALLY FILED
 ) DOC #:
v. ) DATE FILED: 3/2/10
 )
SHEPARD FAIREY, OBEY GIANT ART, )
INC., OBEY GIANT LLC, STUDIO )
NUMBER ONE, INC. and ONE 3 TWO, )
INC. (d/b/a OBEY CLOTHING), )
 )
Counterclaim Defendants, )
 )
and )
 )
MANNIE GARCIA, )
 )
Defendant/Intervener and )
Counterclaim/Cross claim )
Plaintiff, )
 )
v. )
 )
SHEPARD FAIREY AND OBEY GIANT )
ART, INC., )
Counterclaim Defendants, )
and )
 )
THE ASSOCIATED PRESS, )
 )
Cross claim Defendant. )
------------------------------------------------------- x

Upon consideration of the Motion of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc for Admission *Pro Hac Vice,* and the Declaration of Chris J. Lopata, submitted in support thereof, and good cause having been shown, it is SO ORDERED that Katherine E. Stern is admitted to the bar of this Court *pro hac vice* this 2 day of ~~February~~ March, 2010.

                                                         United States District Judge