UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
SHEPARD FAIREY and OBEY GIANT ) Civil Action No.: 09-1123 (AKH)
ART, INC., )
 ) **MOTION FOR ADMISSION OF**
   Plaintiffs, ) **DAMON M. LEWIS**
 )
   v. ) *PRO HAC VICE*
 )
THE ASSOCIATED PRESS, )
 )
   Defendant/Counterclaim )
   Plaintiff, )
 )
   v. )
 )
SHEPARD FAIREY, OBEY GIANT ART, )
INC., OBEY GIANT LLC, STUDIO )
NUMBER ONE, INC. and ONE 3 TWO, )
INC. (d/b/a OBEY CLOTHING), )
 )
   Counterclaim Defendants, )
 )
and )
 )
MANNIE GARCIA, )
 )
   Defendant/Intervener and )
   Counterclaim/Cross claim )
   Plaintiff, )
 )
   v. )
 )
SHEPARD FAIREY AND OBEY GIANT )
ART, INC., )
   Counterclaim Defendants, )
and )
 )
THE ASSOCIATED PRESS, )
 )
   Crossclaim Defendant. )
------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chris J. Lopata, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Damon M. Lewis
> Jones Day
> 51 Louisiana Avenue, NW
> Washington, DC 20001
> Phone: (202) 879-3912
> Fax: (202) 626-1700
> Email dmlewis@jonesday.com

Mr. Lewis is a member in good standing of the District of Columbia Bar and there are no pending disciplinary proceedings against Mr. Lewis in any state or Federal court.

This motion is based upon the accompanying Declaration of Chris J. Lopata and upon all other papers and proceedings in this action.

Dated: March 2, 2010

> Respectfully submitted,
>
> _____
> Chris J. Lopata
> Jones Day
> 222 East 41st Street
> New York, NY 10017
> Facsimile: (212) 755-7306
>
> Attorneys for Plaintiffs and Counterclaim Defendants
> *SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC* and *STUDIO NUMBER ONE, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SHEPARD FAIREY and OBEY GIANT ART, INC.,

        Plaintiffs,

v.

THE ASSOCIATED PRESS,

        Defendant/Counterclaim Plaintiff,

v.

SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),

        Counterclaim Defendants,

and

MANNIE GARCIA,

        Defendant/Intervener and Counterclaim/Cross claim Plaintiff,

v.

SHEPARD FAIREY AND OBEY GIANT ART, INC.,

        Counterclaim Defendants,

and

THE ASSOCIATED PRESS,

        Cross claim Defendant.
------------------------------------------------------- x

Civil Action No.: 09-1123 (AKH)

**[PROPOSED ORDER]**

Upon consideration of the Motion of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc for Admission *Pro Hac Vice,* and the Declaration of Chris J. Lopata, submitted in support thereof, and good cause having been shown, it is SO ORDERED that Damon M. Lewis is admitted to the bar of this Court *pro hac vice* this ___ day of March, 2010.

_____
United States District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
SHEPARD FAIREY and OBEY GIANT ART, INC.,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant/Counterclaim Plaintiff,

v.

SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC. and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING),

    Counterclaim Defendants,

and

MANNIE GARCIA,

    Defendant/Intervener and Counterclaim/Cross claim Plaintiff,

v.

SHEPARD FAIREY AND OBEY GIANT ART, INC.,

    Counterclaim Defendants,

and

THE ASSOCIATED PRESS,

    Cross claim Defendant.
------------------------------------------------------- x

Civil Action No.: 09-1123 (AKH)

**DECLARATION OF CHRIS J. LOPATA**

I, Chris J. Lopata, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the firm of Jones Day, counsel for Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc. in the above-captioned action. I am admitted to practice in, and a member in good standing of, the bars of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Plaintiffs and Counterclaim Defendants Shepard Fairey, Obey Giant Art, Inc., Obey Giant LLC and Studio Number One, Inc.'s motion, pursuant to Local Civil Rule 1.3(c), for the admission of Damon M. Lewis to the bar of this Court *pro hac vice*.

2. Mr. Lewis is an attorney of the law firm of Jones Day and is a resident in the firm's Washington, DC, office. He is a member in good standing of the bar of the District of Columbia and is admitted to practice in the courts of the District of Columbia and the United States Court of Appeals for the Federal Circuit. Attached hereto as Exhibit A is Mr. Lewis's certificate of good standing for the bar of the District of Columbia. He is familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3. For the reasons set forth above, I respectfully request that Mr. Lewis be admitted to the bar of this Court *pro hac vice*.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of March, 2010.

_____
Chris J. Lopata

**EXHIBIT A**



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAMON LEWIS

was on the 6TH day of AUGUST, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 26, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# CERTIFICATE OF SERVICE

I, Chris J. Lopata, an attorney at Jones Day, certify that on March 2, 2010, I caused to be served by e-mail on counsel of record listed below, true and correct copies of **MOTION FOR ADMISSION OF DAMON M. LEWIS *PRO HAC VICE*, DECLARATION OF CHRIS J. LOPATA and PROPOSED ORDER**.

Dale M. Cendali
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street, 36th Floor
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: dale.cendali@kirkland.com

*Attorneys for The Associated Press*

George F. Carpinello
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
Email: gcarpinello@bsfllp.com

Bradford E. Kile
Kile Goekjian Reed & McManus PLLC
1200 New Hampshire Ave., NW
Suite 570
Washington, D.C. 20036
Tel: (202) 659-8000
Fax: (202) 659-8822
Email: bkile@kgrmlaw.com

*Attorneys for Mannie Garcia*

Jeanne A. Fugate
Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Tel: (213) 629-9040
Fax: (213) 629-9022
Email: fugate@caldwell-leslie.com

*Attorneys for One 3 Two, Inc.*

DATED: March 2, 2010

_____
Chris J. Lopata