# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale M. Cendali
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10

April 30, 2010

The Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-7942

Re: *Shepard Fairey et al. v. The Associated Press and Mannie Garcia*, Case No. 09-01123

Dear Judge Hellerstein:

The Associated Press ("The AP") and Mannie Garcia write jointly concerning the scheduling issue that was the subject of The AP's letter to Your Honor on Tuesday, April 27, 2010, and Mr. Garcia's letter to the Court on Wednesday, April 28, 2010. Mr. Garcia withdraws his objection to The AP's proposal and joins in The AP's request to postpone The AP's motion for summary judgment on the copyright ownership issue and reschedule it at the May 28th, 2010 status conference. The motion was originally scheduled for Monday, May 3, 2010, and the request to postpone and reschedule it is now unopposed.

Sincerely,

Dale Cendali (bt)
Dale M. Cendali (*Counsel for The Associated Press*)

George Carpinello (bt)
George F. Carpinello (*Counsel for Mannie Garcia*)

Cc: All counsel of record

So Ordered
4-30-10
[signature]

Chicago    Hong Kong    London    Los Angeles    Munich    Palo Alto    San Francisco    Washington, D.C.