# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

May 21, 2010

VIA FACSIMILE (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Shepard Fairey et al. v. The Associated Press and Mannie Garcia*
Case No. 09-01123

Dear Judge Hellerstein:

Counsel for Defendant Mannie Garcia, BOIES, SCHILLER & FLEXNER LLP and KILE GOEKJIAN REED & MCMANUS, PLLC, will file a motion today to withdraw as counsel for Mr. Garcia. In support of that motion, we request permission to file, *ex parte*, a declaration that provides the requisite reasons for withdrawal. Because of the nature of that declaration, counsel asks the Court to review the declaration *in camera* and permit the requested *ex parte* filing.

Thank you for your consideration of this matter.

Respectfully submitted,

Jeffrey S. Shelly

JSS:spl

cc via email:

Dale M. Cendali
Brendan T. Kehoe
Geoffrey S. Stewart
Meir Feder
William W. Fisher, III
Claudia E. Ray
Charles A. Michael
Theresa M. Trzaskoma

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/10

[Handwritten note from Judge: "All issues and applications in this case should await the copy of May 28, 2010, 10:30 a.m. 5-21-10" signed Hellerstein]

WWW.BSFLLP.COM