# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale M. Cendali
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/10

July 8, 2010

The Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-7942

*[Handwritten annotations: Adjourned to 8/23/10; 11 a.m. — 7/15/10; signed]*

Re: *Shepard Fairey et al. v. The Associated Press and Mannie Garcia,*
Case No. 09-01123

Dear Judge Hellerstein:

The parties in this case write jointly to request that the next scheduled status conference be adjourned from August 20, 2010 at 11:00 a.m. to August 23, 2010 at 11:00 a.m. A conflict has arisen on August 20 and the parties are all available on August 23. Given the parties' various schedules, we respectfully ask Your Honor to grant the adjournment.

Sincerely,

/s/Dale M. Cendali (*Counsel for The Associated Press*)

/s/Geoffrey S. Stewart (*Counsel for Shepard Fairey et al.*)

/s/Robyn C. Crowther (*Counsel for Obey Clothing*)

/s/George F. Carpinello (*Counsel for Mannie Garcia*)

Cc: All counsel of record