UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br><br> And <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. <br><br> And <br><br> MANNIE GARCIA, <br><br> Defendant, Counterclaim Plaintiff and Cross Claim Plaintiff/Defendant, <br><br> v. <br><br> SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Counterclaim Defendants, <br><br> And <br><br> THE ASSOCIATED PRESS, <br><br> Cross Claim Plaintiff/Defendant. | Case No.   09-cv-01123 (AKH) <br> ECF Case <br><br> **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that all claims, cross-claims and counterclaims by and against Mannie Garcia are discontinued with prejudice and each party shall bear its own costs and fees relating to any such claims.

IT IS HEREBY FURTHER STIPULATED AND AGREED that an order may be entered upon this Stipulation without further notice to any party.

Dated: August 18, 2010

BOIES, SCHILLER & FLEXNER LLP

By: _____
George F. Carpinello
Jeffrey S. Shelly
10 North Pearl Street
Albany, New York 12207
518-434-0600

Michael Underhill
5301 Wisconsin Ave. NW
Washington, DC 20015
202-237-2727

Bradford E. Kile
KILE GOEKJIAN REED & MCMANUS, PLLC
1200 New Hampshire Avenue NW
Suite 570
Washington, D.C. 20036
202-659-8000

*Attorneys for Mannie Garcia*

2

Dated: August 19, 2010      **KIRKLAND & ELLIS LLP (NYC)**

By: _____
Dale Cendali
Claudia Ray
Brendan T. Kehoe
Citigroup Center
601 Lexington Avenue
New York, NY 10022
212-446-4800

*Attorneys for The Associated Press*

Dated: August___, 2010      **JONES DAY**

By: _____
Geoffrey S. Stewart
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3939

Meir Feder
222 East 41st Street
New York, NY   10017
212-326-7870

*Attorneys for Shepard Fairey & Obey Giant Art, Inc., Obey Giant LLC and Studio One, Inc.*

Dated: August___, 2010      **CALDWELL LESLIE & PROCTOR, P.C.**

By: _____
Jeanne Adele Fugate
1000 Wilshire Boulevard
Suite 600
Los Angeles, CA 90017
213-629-9040

*Attorney for One 3 Two, Inc.*

S:\wpdata\7510001\Stipulation of Discontinuance DRAFT.doc

3

Dated: August___, 2010                  **KIRKLAND & ELLIS LLP (NYC)**

                                   By:  _____
                                        Dale Cendali
                                        Claudia Ray
                                        Brendan T. Kehoe
                                        Citigroup Center
                                        601 Lexington Avenue
                                        New York, NY 10022
                                        212-446-4800

                                        *Attorneys for The Associated Press*


Dated: August 19, 2010                  **JONES DAY**

                                   By:  _____
                                        Geoffrey S. Stewart
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C. 20001-2113
                                        202-879-3939

                                        Meir Feder
                                        222 East 41st Street
                                        New York, NY  10017
                                        212-326-7870

                                        *Attorneys for Shepard Fairey & Obey Giant Art,
                                        Inc., Obey Giant LLC and Studio One, Inc.*


Dated: August___, 2010                  **CALDWELL LESLIE & PROCTOR, P.C.**

                                   By:  _____
                                        Jeanne Adele Fugate
                                        1000 Wilshire Boulevard
                                        Suite 600
                                        Los Angeles, CA 90017
                                        213-629-9040

                                        *Attorney for One 3 Two, Inc.*

S:\wpdata\7510001\Stipulation of Discontinuance DRAFT.doc

Dated: August___, 2010                           **KIRKLAND & ELLIS LLP (NYC)**

                                        By: _____
                                             Dale Cendali
                                             Claudia Ray
                                             Brendan T. Kehoe
                                             Citigroup Center
                                             601 Lexington Avenue
                                             New York, NY 10022
                                             212-446-4800

                                             *Attorneys for The Associated Press*


Dated: August___, 2010                           **JONES DAY**

                                        By: _____
                                             Geoffrey S. Stewart
                                             51 Louisiana Avenue, N.W.
                                             Washington, D.C. 20001-2113
                                             202-879-3939

                                             Meir Feder
                                             222 East 41st Street
                                             New York, NY  10017
                                             212-326-7870

                                             *Attorneys for Shepard Fairey & Obey Giant Art,*
                                             *Inc., Obey Giant LLC and Studio One, Inc.*


Dated: August 18, 2010                           **CALDWELL LESLIE & PROCTOR, P.C.**

                                        By: *[signature: Jeanne Fugate]*
                                             Jeanne Adele Fugate
                                             1000 Wilshire Boulevard
                                             Suite 600
                                             Los Angeles, CA 90017
                                             213-629-9040

                                             *Attorney for One 3 Two, Inc.*

S:\wpdata\7510001\Stipulation of Discontinuance DRAFT.doc