

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale M. Cendali
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/10

September 3, 2010

So ordered
9/7/10
[signature] A.K. Hellerstein

<u>Via Fax</u>

The Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-7942

Re:   *Shepard Fairey et al. v. The Associated Press*, Case No. 09-01123

Dear Judge Hellerstein:

The parties in this case write jointly to respectfully request that oral argument for the parties' motions for summary judgment currently scheduled for February 24, ~~2010~~ 2011, at 10 a.m. be rescheduled to February 15, ~~2010~~ 2011, at 10:00 a.m. An unavoidable conflict has arisen on February 24, and the parties are all available on February 15, as an alternate date. We thank the Court for its consideration.

Sincerely,

/s/Dale M. Cendali (*Counsel for The Associated Press*)

/s/ William W. Fisher III (*Counsel for Shepard Fairey et al.*)

/s/Robyn C. Crowther (*Counsel for Obey Clothing*)

Cc:   All counsel of record

Chicago      Hong Kong      London      Los Angeles      Munich      Palo Alto      San Francisco      Washington, D.C.