Dale M. Cendali
Claudia Ray
Brendan T. Kehoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Michael F. Williams
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC  20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for The Associated Press*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY and OBEY GIANT ART, INC., <br><br>   Plaintiffs, <br><br> v. <br><br>THE ASSOCIATED PRESS, <br><br>   Defendant and Counterclaim Plaintiff, <br><br> v. <br><br>SHEPARD FAIREY, et al., <br><br>   Counterclaim Defendants | Case No.: 09 CIV 01123 (AKH) <br><br> **ECF CASE** <br><br> **NOTICE OF MOTION** |

## THE ASSOCIATED PRESS'S
## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Ken Dale, James Gerberich, Farah DeGrave, John David Ake, and Brendan T. Kehoe, Esq., each of which was declared to on January 6, 2011, and the accompanying memorandum of law in support of the Associated Press's ("AP") motion for summary judgment, the undersigned will move before the

Honorable Judge Alvin K. Hellerstein, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order granting AP's motion for summary judgment.

        Respectfully submitted,

Dated: January 06, 2011

/s/Dale M. Cendali
Dale M. Cendali
Claudia Ray
Brendan T. Kehoe

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: dale.cendali@kirkland.com
       claudia.ray@kirkland.com
       brendan.kehoe@kirklan.com

Michael F. Williams
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC  20005
Tel: (202) 879-5000
Fax: (202) 879-5200

Email: michael.williams@kirkland.com

*Attorneys for The Associated Press*