UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEPARD FAIREY AND OBEY GIANT ART, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant and Counterclaim Plaintiff, <br> v. <br><br> SHEPARD FAIREY, OBEY GIANT ART, INC., OBEY GIANT LLC, STUDIO NUMBER ONE, INC., and ONE 3 TWO, INC. (d/b/a OBEY CLOTHING), <br><br> Counterclaim Defendants. | ECF <br><br> Case No. 09-01123 (AKH) |

**COUNTERCLAIM DEFENDANT ONE 3 TWO, INC.'S NOTICE OF MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE AND TESTIMONY CONCERNING INDIRECT PROFITS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Counterclaim Defendant One 3 Two, Inc. d/b/a Obey Clothing ("One 3 Two") will move, before the honorable Alvin K. Hellerstein, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 14D, New York, New York 10007, on March 16, 2011 at 10:00 a.m., to exclude evidence and argument relating to communications by One 3 Two and Fairey (and his affiliated companies) concerning indirect profits (*i.e.,* profits that were not derived from the sale of the merchandise featuring the allegedly infringing Obama Image created by Shepard Fairey). One 3 Two moves *in limine* to exclude this evidence on

1

grounds that Plaintiff The Associated Press (the "AP") has failed to meet its threshold burden of establishing a causal link between the sale of the t-shirts and sweatshirts featuring the Obama Image (the "Obama Merchandise") and the sales of other One 3 Two merchandise, which includes accessories, jewelry, and handbags which have no identifiable artwork by Fairey, among other things.  Any such evidence in support of indirect profits is accordingly inadmissible because it is irrelevant under Federal Rules of Evidence 401 and 402 and the risk of unfair prejudice substantially outweighs any probative value under Federal Rule of Evidence 403.

Dated February 25, 2011
Los Angeles, California

Respectfully submitted,

By:    /s/ Robyn C. Crowther

Robyn C. Crowther
Jeanne A. Fugate
Laurie C. Martindale
Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
crowther@caldwell-leslie.com
fugate@caldwell-leslie.com
martindale@caldwell-leslie.com

Theresa Trzaskoma
Charles Michael
Brune & Richard LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
Telephone: (212) 668-1900
Facsimile: (212) 668-0315
ttrzaskoma@bruneandrichard.com
cmichael@bruneandrichard.com

*Counsel for Counterclaim Defendant
One 3 Two, Inc. (d/b/a Obey Clothing)*