UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHEPARD FAIREY et al.,

                      Plaintiffs,

    -against-

THE ASSOCIATED PRESS, et al.,

                      Defendants.
------------------------------------------------------------ x

**SUMMARY ORDER**

09 Civ. 1123 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Counsel for Counterclaim-Plaintiff The Associated Press and Counterclaim-Defendant One 3 Two, Inc., have informed the Court that they have reached a settlement. A suggestion of settlement having been made, the case is dismissed. The parties may apply to the Court to reopen this case within 30 days if final settlement terms are not agreed upon.

       The Clerk shall terminate all pending motions, and close the case.

SO ORDERED.

Dated:    March 16, 2011
             New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge